# UNITED STATES DISTRICT COURT

_____ District of _____

GEORGE LABADIE and SUSAN CARCIERI,

V.

DANIEL ROSARIO, STANLEY CARPENTER, BRIAN HACKETT, W-G FEDERAL CREDIT UNION, DEBORAH BEANDO, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and THE CITY OF WORCESTER, a Municipal Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40148 FDS**

TO: (Name and address of Defendant)

City of Worcester (serve City Clerk)
455 Main Street - City Hall
Worcester, MA 01608

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hector E. Pineiro, Esq.
807 Main Street
Worcester, MA 01610
Tel.: (508) 770-0600

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                            8/29/05
CLERK                                        DATE

(By) DEPUTY CLERK  *Kathleen Hassett*

1

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/14/2005 |
| NAME OF SERVER (PRINT) Cynthia Bohn | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Worcester Police Dept

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/05  _Cynthia Bohn_
Date             Signature of Server

Address of Server:
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GEORGE LABADIE and SUSAN CARCIERI | 05-40148 FDS |
| DEFENDANT | TYPE OF PROCESS |
| CITY OF WORCESTER | SUMMONS/CIVIL SUIT |

FILED IN CLERKS OFFICE
2005 NOV 16 P 4: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITY OF WORCESTER, CITY CLERK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
455 MAIN STREET - ROOM 206 CITY HALL - WORCESTER, MA 01608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA 01610

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED
2005 NOV 8 P 4:
U.S. MARSHALS SERVICE
WORCESTER, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve the City Clerk or authorized agent
City Clerk telephone: (508) 799-1121

Please contact me, Robert Scott, at the number below with any questions.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (508) 770-0600
DATE: 11/3/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. C38
District to Serve No. C38
Signature of Authorized USMS Deputy or Clerk: Ruth E. May
Date: 11/8/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
David Rushford, City Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 11/14/05
Time: 1400 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: Cynthia Bohn

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/15/80
Automated 01/00