# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

George Labadie and
Susan Carcieri

                Plaintiffs,

v.

Daniel Rosario,
Stanley Carpenter,
Brian Hackett,
W-G Federal Credit Union,
Deborah Beando,
John Doe 1,
John Doe 2,
John Doe 3,
John Doe 4,
John Doe 5, and
The City of Worcester,

                Defendants.

Civil Action No. 05-40148 FDS

## NOTICE OF APPEARANCE

Julia E. Bell of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of her appearance for the Defendants, W-G Federal Credit Union and Deborah Beando.

/s/ Julia E. Bell
Julia E. Bell, BBO #661185
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400
Julia.Bell@wilsonelser.com

50270.1

<u>Certificate Of Service</u>

I, Julia E. Bell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.


/s/ Julia E. Bell
JULIA E. BELL

50270.1