UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Labadie and<br>Susan Carcieri<br><br>    Plaintiffs,<br><br>v.<br><br>Daniel Rosario,<br>Stanley Carpenter,<br>Brian Hackett,<br>W-G Federal Credit Union,<br>Deborah Beando,<br>John Doe 1,<br>John Doe 2,<br>John Doe 3,<br>John Doe 4,<br>John Doe 5, and<br>The City of Worcester,<br><br>    Defendants. | Civil Action No. 05-40148 FDS |

**NOTICE OF APPEARANCE**

William T. Bogaert of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of his appearance for the Defendants, W-G Federal Credit Union and Deborah Beando.

/s/ William T. Bogaert
William T. Bogaert, BBO #546321
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400
William.Bogaert@wilsonelser.com

50257.1

Certificate Of Service

    I, Julia E. Bell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

    /s/ Julia E. Bell
    JULIA E. BELL

50257.1