UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Labadie and<br>Susan Carcieri<br><br>               Plaintiffs,<br><br>v.<br><br>Daniel Rosario,<br>Stanley Carpenter,<br>Brian Hackett,<br>W-G Federal Credit Union,<br>Deborah Beando,<br>John Doe 1,<br>John Doe 2,<br>John Doe 3,<br>John Doe 4,<br>John Doe 5, and<br>The City of Worcester,<br><br>               Defendants. | Civil Action No. 05-40148 FDS |

### DEFENDANTS W-G FEDERAL CREDIT UNION AND DEBORAH BEANDO'S MOTION TO DISMISS

NOW COME defendants W-G Federal Credit Union ("W-G") and Deborah Beando ("Beando") and move that this Court dismiss Counts I, II, III and V of the plaintiff's complaint against them for the following reasons:

Count V states a violation of federal and state civil rights laws. It fails to state a claim upon which relief can be granted, as required by Fed. R. Civ. P. 12(b)(6), because the plaintiff, Carcieri, does not allege facts sufficient to support a conspiracy on the part of the private defendants, under 42 U.S.C. § 1983, to violate her civil rights. In addition, the plaintiff fails to allege facts sufficient to support coercive, threatening or intimidating

49011.1

conduct on the part of W-G and Beando in violation of her civil rights as required by Mass. Gen. Laws ch. 12 §§ 11H, 11*I*.

Counts I (assault and battery), II (false arrest and imprisonment) and III (intentional infliction of emotional distress) should be dismissed as against Beando and W-G as they are all personal injury claims arising out of Carcieri's employment, and as such are barred by the Massachusetts Workers' Compensation Act,

Alternatively, all of the state law claims in Counts I, II and III against Beando and W-G should be dismissed for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

Alternatively still, if this Court dismisses the federal claim in Count V, this Court should dismiss the remaining state law claims in Counts I, II, III and V, against Beando and W-G pursuant to Fed. R. Civ. P. 12(b)(1), as it lacks subject matter jurisdiction over them, and considerations of comity and judicial economy weigh in favor of dismissal.

In support of their Motion, W-G and Beando rely upon the accompanying Memorandum of Law.

WHEREFORE, defendants W-G and Beando respectfully request that this Court grant their motion to dismiss.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the defendants request that oral argument be permitted.

49011.1

Dated: December 30, 2005

Respectfully submitted,
W-G Federal Credit Union and
Deborah Beando, defendants,
By their attorneys,

/s/ William T. Bogaert
William T. Bogaert, BBO #546321
Julia E. Bell, BBO #661185
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Certificate Of Service

    I, Julia E. Bell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

/s/ Julia E. Bell
JULIA E. BELL

49011.1