UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                                             CIVIL ACTION NO. 05-40148 FDS

| | |
|---|---|
| GEORGE LABADIE and SUSAN CARCIERI,<br>     Plaintiffs<br><br>v.<br><br>DANIEL ROSARIO, STANLEY CARPENTER, BRIAN HACKETT, W-G FEDERAL CREDIT UNION, DEBORAH BEANDO, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and THE CITY OF WORCESTER, a Municipal Corporation,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

To the Clerk of this Honorable Court:  Kindly enter my appearance as co-counsel to the plaintiffs in this matter.

                                                            Respectfully submitted,


                                                            Plaintiffs
                                                            By their attorney


                                                            */S/ Robert H. Beadel*
                                                            Robert H. Beadel BBO # 632447
                                                            Law Office of Hector E. Pineiro
                                                            807 Main Street
                                                            Worcester, MA 01610
                                                            (508) 770-0600

DATED:  January 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on January 17, 2006.

/S/ *Robert H. Beadel*