UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                                                          CIVIL ACTION NO. 05-40148 FDS

| | |
|---|---|
| GEORGE LABADIE and SUSAN CARCIERI,<br>Plaintiffs<br><br>v.<br><br>DANIEL ROSARIO, STANLEY CARPENTER, BRIAN HACKETT, W-G FEDERAL CREDIT UNION, DEBORAH BEANDO, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and THE CITY OF WORCESTER, a Municipal Corporation,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Statement Pursuant to Local Rule 16.1(d)**

Pursuant to Local Rule 16.1(d) the plaintiffs hereby submit the following statement:

The parties have conferred for the purpose of preparing a proposed pretrial schedule for the case. However, because the plaintiffs face criminal charges in Worcester Superior Court arising from the same subject matter as this suit, they believe their rights in the criminal matters will be prejudiced if discovery proceeds in this matter, and therefore request that the scheduling conference be continued and discovery be stayed until disposition of the criminal charges. (*Commonwealth v. Susan Carcieri,* 05-1848, *Commonwealth v. George Labaddie,* 05-1849, *Commonwealth v. George Labaddie,* 05-2191).

1

        Respectfully submitted,

        Plaintiffs
        By their attorneys

        /S/ *Robert A. Scott*_____
        Hector E. Pineiro BBO# 555315
        Stewart T. Herrick BBO# 232060
        Robert A. Scott BBO# 648740
        Law Office of Hector E. Pineiro
        807 Main Street
        Worcester, MA 01610
        (508) 770-0600

DATED: September 5, 2006

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on January 13, 2006.

        /S/ *Robert A. Scott*_____

2