Sep-19-06   12:37   From-WILSON ELSER MOSKOWITZ EDELMAN DICKER LP   617-423-6917   T-416   P.002/003   F-234

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

George Labadie and
Susan Carcieri

       Plaintiffs,

v.

Daniel Rosario,
Stanley Carpenter,
Brian Hackett,
W-G Federal Credit Union,
Deborah Beando,
John Doe 1,
John Doe 2,
John Doe 3,
John Doe 4,
John Doe 5, and
The City of Worcester,

       Defendants.

Civil Action No. 05-40148 FDS

## CERTIFICATION OF DEFENDANTS W-G FEDERAL CREDIT UNION AND DEBORAH BEANDO PURSUANT TO LOCAL RULE 16.1 (D)(3)

Counsel for Defendants W-G Federal Credit Union and Deborah Beando, and W-G Federal Credit Union and Deborah Beando certify that they have conferred,

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in Local Rule 16.4.

Dated: September 19, 2006

Respectfully submitted,

W-G Federal Credit Union and

64521.1

Deborah Beando
By their attorneys,

/s/ *Julia Bell*
William T. Bogaert, BBO #546321
Julia E. Bell, BBO #661185
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street,
Boston, Massachusetts 02215
617-422-5300

/s/ *Deborah Beando*
Deborah Beando
W-G Federal Credit Union
530 Grafton Street
Worcester, MA 01604

### Certificate Of Service

I, Julia E. Bell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

/s/ Julia E. Bell
JULIA E. BELL

64521 1