UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

George Labadie and
Susan Carcieri

        Plaintiffs,

v.

Daniel Rosario,
Stanley Carpenter,
Brian Hackett,
W-G Federal Credit Union,
Deborah Beando,
John Doe 1,
John Doe 2,
John Doe 3,
John Doe 4,
John Doe 5, and
The City of Worcester,

        Defendants.

Civil Action No. 05-40148 FDS

## INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26 AND L.R. 26.2(A) BY W-G FEDERAL CREDIT UNION AND DEBORAH BEANDO

Defendants Deborah Beando and W-G Federal Credit Union ("Credit Union") hereby

comply with the initial disclosure requirement of Fed. R. Civ. P. 26 and L.R. 26.2(A) by

disclosing the following:

    **(A)** **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

The defendants state that the following individuals are likely to have discoverable

information that the defendants may use to support their claims:

64649.1

1.  Deborah Beando has information on the allegations in the complaint and the defenses to those allegations.

2.  George Labadie, whose address is believed to be 521 Grafton Street, Worcester, Massachusetts, has information on the allegations in the complaint.

3.  Susan Carcieri, whose address is believed to be 521 Grafton Street, Worcester, Massachusetts, has information on the allegations in the complaint.

4.  Daniel Rosario, whose address is unknown, but who is believed to be employed by the Worcester Police Department, has information on the investigation of the criminal case.

5.  Stanley Carpenter, whose address is unknown, but who is believed to be employed by the Worcester Police Department, has information on the investigation of the criminal case.

6.  Brian Hackett, whose address is unknown, but who is believed to be employed by the Worcester Police Department, has information on the investigation of the criminal case. Hackett also allegedly interrogated Carcieri at W-G Federal Credit Union.

7.  Peter Towler, whose address is unknown, but who is believed to be employed by the Worcester Police Department, has information on the investigation of the criminal case.

8.  Michael Gervais, whose address is unknown, but who is believed to be employed by the Worcester Police Department, has information on the investigation of the criminal case.

9.  Faith Roche, whose address is unknown, but who is believed to be employed by the Worcester Police Department, has information on the investigation of the criminal case.

10. Michael Towner, whose address is unknown, but who is believed to be employed by the Worcester Police Department, has information on the investigation of the criminal case. Towner also allegedly interrogated Carcieri at W-G Federal Credit Union.

11. Susan Carcieri's daughter, whose name is unknown, but who is believed to reside at 521 Grafton Street, Worcester, Massachusetts, has relevant information about Carcieri's alleged interrogation at W-G Federal Credit Union.

12. Judith Brown, Susan Carcieri's sister, who is believed to reside at 521 Grafton Street, Worcester, Massachusetts, has relevant information about the robbery at W-G Federal Credit Union.

64649.1

13. Marian Papetti, a coworker of Judith Brown's, is believed to reside in Worcester, Massachusetts and has relevant information about the robbery at the W-G Federal Credit Union.

14. Judith Brown's sister Nora, who is believed to reside in Worcester, Massachusetts, has relevant information about the robbery at W-G Federal Credit Union.

15. Judith Brown's sister, Katherine, who is believed to reside in Worcester, Massachusetts, has relevant information about the robbery at W-G Federal Credit Union.

16. Yassar Aldarwcher, whose address is unknown, but who is believed to own Gourmet Donut Shops in the city of Worcester, Massachusetts.  Aldarwcher has relevant information on a business venture entered into by Labadie after the robbery, though Labadie did not have the capital to enter into the venture prior to the robbery.

17. Judith Paladino, whose address is unknown, but who is believed to own a check cashing business in Worcester, Massachusetts.  Paladino has information on several money order purchases made by Labadie shortly after the robbery.

18. A Rule 30(b)(6) representative of the Massachusetts State Lottery Commission will have relevant information about Labadie's debts to the Commission and his ability to pay those debts after the robbery.

**(B)  A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody and control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

Beando and the Credit Union state that the following documents may be used to support their claims and defenses:

1. The police report and files pertaining to the investigation of the plaintiffs for the robbery at the Credit Union, which are kept, upon information and belief, by the Keeper of Records at the Worcester Police Department.

2. Documents supporting the proof of the loss sustained by the Credit Union, which are in the possession, custody or control of the Credit Union.

3. Documents reflecting an influx of cash into accounts owned by Carcieri and Labadie during the time period shortly after the robbery of the Credit Union. Some such documents, including bank account statements, are in the possession of the Credit Union.  Other such documents may be in the possession of the

Keeper of Records at the Worcester Police Department.  Still other documents may be in the possession of the plaintiffs themselves.

4.  Documents reflecting payment of debts by Carcieri and Labadie, during the time period shortly after the robbery of the Credit Union.  Some such documents may be in the possession of the Keeper of Records at the Worcester Police Department.  Other such documents may be in the possession of the plaintiffs themselves.

5.  Documents reflecting new business ventures entered into by Carcieri and Labadie, during the time period shortly after the robbery of the Credit Union.  Some such documents may be in the possession of the Keeper of the Records at the Worcester Police Department.  Other such documents may be in the possession of Yassar Aldarwcher.  Still other such documents may be in the possession of the plaintiffs themselves.

**(C)  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

Beando is not claiming any damages.

The Credit Union endured a loss of $210,800.00 in the robbery.   The documents supporting this computation of damages are in the possession, custody or control of the Credit Union.

**(D)  For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

A copy of the defendant's insurance policy is attached as Exhibit A.

Dated: September 19, 2006                          Respectfully submitted,
                                                   Deborah Beando and
                                                   W-G Federal Credit Union,
                                                   By their attorneys,

                                                   /s/ Julia E. Bell
                                                   William T. Bogaert, BBO # 546321
                                                   Julia E. Bell, BBO # 661185

64649.1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02210
617-422-5300

Certificate of Service

I, Julia E. Bell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

A courtesy copy was mailed to counsel of record, listed below.

Robert Scott
Law Offices of Hector Piniero
807 Main Street
Worcester, MA 01610

Janet McGuiggan
City of Worcester Law Department
City Hall, Room 301
Worcester, MA 01608


/s/ Julia E. Bell
Julia E. Bell

Received   Sep-19-00 13:01   To-WILSON ELSER MOSKOWI   Page 009   From-15087554324

## MASSACHUSETTS AMENDATORY ENDORSEMENT

The **St.Paul**

In consideration of the premium charged it is understood and agreed that:

1. If this Policy includes a definition of Pollutants, the following replaces the definition of Pollutants in the Definitions section:

   **Pollutants** means any substance located anywhere in the world exhibiting any hazardous characteristics as defined by, or identified on a list of hazardous substances issued by, the United States Environmental Protection Agency or a state, county, municipal or local counterpart thereof. Such substances shall include, solids, liquids, gaseous or thermal irritants, contaminants or smoke, vapor, soot, fumes, acids, alkalis, chemicals or waste materials. Pollutants shall also mean any other air emission, odor, waste water, oil or oil products, infectious or medical waste, asbestos or asbestos products, electric or magnetic or electromagnetic field and noise.

2. The Arbitration section of the General Term, Conditions and Limitations of this Policy is deleted in its entirety.

All other terms of your policy remain the same.

CM065 Ed. 6-02 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved          Page 1 of 1

SEP-18-2006 22:36 From:WG FCU   15087554324   To:617 423 6917   P.3/46

Received  Sep-18-00 13:01     From-15087554324     To-WILSON ELSER MOSKOWI     Page 004

**POLICY FORM LIST**                                                    The**StPaul**

Here's a list of all forms included in your policy, on the date shown below. These forms are listed in the same order as they appear in your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Massachusetts Amendatory Endorsement | CM065 | 06-02 |
| Policy Form List | 40705 | 05-84 |
| Policy Declarations (St. Paul Mercury) | CU001 | 04-04 |
| General Terms, Conditions And Limitations | CU007 | 04-04 |
| Management Liability Insuring Agreement | CU003 | 04-04 |
| Employment Practices Liability Insuring Agreement | CU004 | 04-04 |
| Fiduciary Liability Insuring Agreement | CU005 | 04-04 |
| Credit Union Security Interest Impairment Coverage Endt. Management Liability Insuring Agreement | CU101 | 05-04 |
| Insurance Agents Exclusion Endorsement – Management Liability Insuring Agreement | PV111 | 04-02 |
| Claims By Volunteers and Committee Members Extension Endorsement – Employment Practices Liability Insuring Agreem | PV202 | 04-02 |
| Company IRA/Keogh Act Liability Coverage Endorsement – Management Liability Insuring Agreement | CB101 | 10-02 |
| Employment Practices Act, Lending Act, Professional Services Act or Trust Act Exclusion Endorsement – MLIA | CB108 | 10-02 |
| Insurance Agents Exclusion Endorsement – Limited Exception for Trust Act   Management Liability Insuring Agreement | CB110 | 10-02 |



| Name of Insured | Policy Number EC06900190 | Effective Date 04/01/05 |
|---|---|---|
| W. G.  FEDERAL CREDIT UNION | Processing Date 06/10/05  14:11  001 | |

40705 Ed.5-84 Printed in U.S.A.                    Form List
©St.Paul Fire and Marine Insurance Co.1995                              Page    1

St. Paul Travelers SelectOne℠
for Credit Unions



# POLICY DECLARATIONS

**IMPORTANT NOTE: THIS IS CLAIMS MADE COVERAGE. PLEASE READ THIS POLICY CAREFULLY.** This policy is written on a claims made basis and covers only Claims first made during the Policy Period, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period. The Limit of Liability available to pay judgments or settlements shall be reduced and may be exhausted by amounts incurred as Defense Costs. The Retentions shall apply to Defense Costs.

**Company and Address:**

W. G. FEDERAL CREDIT UNION
530 GRAFTON STREET
WORCESTER, MA 01004

**Policy Number:** EC06900190

**Prior Policy Number:** 568CM1455

Coverage is effective only for Insuring Agreements made part of this Policy and for which an Each Insuring Agreement Limit of Liability is set forth below. Insuring Agreements are subject to the Policy Year Total Limit of Liability only if the box is checked "Yes" next to such Insuring Agreement below. Additional Coverages and Additional Insureds under each such Insuring Agreement are effective only if the box is checked "Yes" next to such Coverage or Additional Insureds below. The selection of Duty of the Insureds to Defend or Duty of the Insurer to Defend under each such Insuring Agreement is set forth by the "X" in the box next to such Duty to Defend below.

## LIMITS OF LIABILITY

**EACH INSURING AGREEMENT LIMIT OF LIABILITY:**

| | | | |
|---|---|---|---|
| Management Liability Insuring Agreement: | $1,250,000 | Each Policy Year |
|   Directors and Officers Individual Coverage | Yes ☒ No ☐ | |
|   Company Indemnification Coverage | Yes ☒ No ☐ | |
|   Company Liability Coverage | Yes ☐ No ☒ | |
|    Investigative Costs Coverage | Yes ☐ No ☒ | |
| Employment Practices Liability Insuring Agreement: | $1,250,000 | Each Policy Year |
| Fiduciary Liability Insuring Agreement: | $1,250,000 | Each Policy Year |
|   Voluntary Compliance Program Coverage | Yes ☒ No ☐ | |
| Credit Union Professional Liability Insuring Agreement: | $ | Each Policy Year |
|   Lender Liability Coverage | Yes ☐ No ☐ $ | Each Policy Year |
|   Professional Services Liability Coverage | Yes ☐ No ☐ $ | Each Policy Year |

*Note: The Limits of Liability for Lender Liability Coverage and Professional Services Liability Coverage are part of and not in addition to the Limit of Liability for the Credit Union Professional Liability Insuring Agreement.*

**POLICY YEAR TOTAL LIMIT OF LIABILITY:**     $1,250,000     Each Policy Year

**INSURING AGREEMENTS SUBJECT TO POLICY YEAR TOTAL LIMIT OF LIABILITY:**

| | |
|---|---|
| Management Liability Insuring Agreement: | Yes ☒ No ☐ |
| Employment Practices Liability Insuring Agreement: | Yes ☒ No ☐ |
| Fiduciary Liability Insuring Agreement: | Yes ☒ No ☐ |
| Credit Union Professional Liability Insuring Agreement: | Yes ☐ No ☐ |

Received   Sep-18-00 13:01   From-16087554324   To-WILSON ELSER MOSKOWI   Page 000

*Note: The Policy Year Total Limit of Liability is the maximum amount payable by the Insurer for all Loss on account of all Claims made against the Insureds during the same Policy Year under all Insuring Agreements, combined, that are subject to the Policy Year Total Limit of Liability*

## POLICY PERIOD   From 12:01 A.M. 04/01/2005 To 12:01 A.M. 04/01/2008 Local Time at the address of the Company

## RETENTIONS

Management Liability Insuring Agreement:

| | | |
|---|---|---|
| Company Indemnification Coverage | $5,000 | each Claim |
| Company Liability Coverage | $ | each Claim |

| | | |
|---|---|---|
| Employment Practices Liability Insuring Agreement: | $1,000 | each Claim |
| Fiduciary Liability Insuring Agreement: | $0 | each Claim |

Credit Union Professional Liability Insuring Agreement:

| | | |
|---|---|---|
| Lender Liability Coverage | $ | each Claim |
| Professional Services Liability Coverage | $ | each Claim |

## COINSURANCE PERCENT APPLICABLE TO EACH INSURING AGREEMENT

Management Liability Insuring Agreement:

| | |
|---|---|
| Company Indemnification Coverage and Company Liability Coverage | 0.0 % |
| Employment Practices Liability Insuring Agreement: | 0.0 % |
| Fiduciary Liability Insuring Agreement: | 0.0 % |

Credit Union Professional Liability Insuring Agreement:

| | |
|---|---|
| Lender Liability Coverage | % |
| Professional Services Liability Coverage | % |

## DUTY TO DEFEND

| | |
|---|---|
| Management Liability Insuring Agreement: | ☒ Duty of the Insureds To Defend |
| | ☐ Duty of the Insurer To Defend |
| Employment Practices Liability Insuring Agreement: | ☐ Duty of the Insureds To Defend |
| | ☒ Duty of the Insurer To Defend |
| Fiduciary Liability Insuring Agreement: | ☒ Duty of the Insureds To Defend |
| | ☐ Duty of the Insurer To Defend |
| Credit Union Professional Liability Insuring Agreement: | ☐ Duty of the Insureds To Defend |
| | ☐ Duty of the Insurer To Defend |

## ADDITIONAL INSUREDS

Management Liability Insuring Agreement:

| | | | |
|---|---|---|---|
| Employees | Yes ☒ | No ☐ |
| Leased Employees | Yes ☒ | No ☐ |

Employment Practices Liability Insuring Agreement:

| | | |
|---|---|---|
| Employees | Yes ☒ | No ☐ |
| Leased Employees | Yes ☒ | No ☐ |
| Independent Contractors | Yes ☒ | No ☐ |

CU001 Ed. 4-04                    Page 2 of 3
© 2004 The St. Paul Travelers Companies, Inc.  All Right Reserved

Received    Sep-18-00 13:01    To-WILSON ELSER MOSKOWI    Page 007    From-15087554324

**Fiduciary Liability Insuring Agreement:**

    Employees                      Yes ☒    No ☐

    Leased Employees         Yes ☒    No ☐

**Credit Union Professional Liability Insuring Agreement:**

    Leased Employees         Yes ☐    No ☐

## ADDITIONAL EXTENDED DISCOVERY PERIOD

    Additional Premium          75 %

    Additional Period            12 Months

## PRIOR LITIGATION DATE

**Management Liability Insuring Agreement:**

    Directors and Officers Individual
    Coverage Prior Litigation Date      04/01/2002
    Company Indemnification
    Coverage                        04/01/2002
    Prior Litigation Date
    Company Liability Coverage Prior
    Litigation Date

**Employment Practices Liability Insuring Agreement**
**Prior Litigation Date:**

**Fiduciary Liability Insuring Agreement Prior**
**Litigation Date:**

**Credit Union Professional Liability Insuring Agreement:**

    Lender Liability Coverage Prior
    Litigation Date
    Professional Services Liability
    Coverage Prior Litigation Date

## ENDORSEMENTS EFFECTIVE AT INCEPTION

See attached policy forms list

IN WITNESS WHEREOF, the insurer has caused this Policy to be signed by its President and Secretary and countersigned by a duly authorized representative of the insurer.

**Countersigned:**

                                  **ST. PAUL MERCURY INSURANCE COMPANY**

_____

    Authorized Representative                 _A. MacColl_                       

                                            President                    Secretary

_____    _____

    Countersignature Date          Countersigned At

© 2004 The St. Paul Travelers Companies, Inc. All Right Reserved

SEP-18-2006 22:36 From:WG FCU     15087554324     To:617 423 6917     P.7/46

Received    Sep-18-06 13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 008

St. Paul Travelers  SelectOne℠
for Credit Unions

**The St Paul**

**IMPORTANT NOTE:   THIS IS CLAIMS MADE COVERAGE.   PLEASE READ THIS POLICY CAREFULLY.**

**This Policy is written on a claims made basis and covers only Claims first made during the Policy Period, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period. The Limit of Liability Available to pay judgments or settlements shall be reduced and may be exhausted by amounts incurred as Defense Costs.   Retentions shall apply to Defense Costs.**

CU007 Ed. 4-04 Printed in U.S.A.                    Insuring Agreement
© St. Paul Fire and Marine Insurance Co. 2004 All Rights Reserved

Received    Sep-18-06 13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 009

St. Paul Travelers SelectOne℠
for Credit Unions

# The St Paul

**This policy is not valid without a Policy
Declarations and one or more Insuring Agreements.
The only Insuring Agreements made a part of this
policy are those set forth and selected in the
Policy Declarations.**

| Table of Contents | Page |
|---|---|
| **Extensions** | 1 |
| Estates and Legal Representatives | 1 |
| Spousal and Domestic Partner Liability | 1 |
| Automatic Discovery Period | 1 |
| Additional Extended Discovery Period | 1 |
| **Definitions** | 2 |
| **Exclusions** | 8 |
| Exclusions Applicable to All Insuring Agreements and to All Loss | 8 |
| Exclusions Applicable to All Insuring Agreements and to Loss Other than Defense Costs | 10 |
| Severability of Exclusions | 10 |
| **Limits of Liability, Retentions and Coinsurance** | 10 |
| Each Insuring Agreement Limit of Liability and Policy Year Total Limit of Liability | 10 |
| Credit Union Professional Liability Coverage Insuring Agreement | 11 |
| Retentions | 11 |
| Coinsurance | 11 |
| **Indemnification** | 12 |
| **Notice** | 12 |
| **Defense and Settlement** | 12 |
| Duty of the Insureds to Defend | 13 |
| Duty of the Insurer to Defend | 13 |
| **Allocation** | 13 |
| **Other Insurance** | 14 |
| **Changes in Exposure** | 14 |
| Acquisition or Creation of Another Entity or Plan | 14 |
| Addition of a New Professional Service | 15 |
| Acquisition or Charter Conversion of Parent Company | 16 |
| Cessation of Subsidiaries or Plans | 16 |
| Termination of Plan | 16 |

| | Page |
|---|---|
| **Representations and Severability** | 17 |
| **Territory and Valuation** | 17 |
| **Termination of Coverage** | 17 |
| **Subrogation** | 17 |
| **Recoveries** | 18 |
| **Action Against the Insurer** | 18 |
| **Authorization** | 18 |
| **Alteration and Assignment** | 18 |
| **Arbitration** | 18 |

## INSURING AGREEMENTS

Insuring Agreements made part of this
Policy, as set forth in the Policy
Declarations, are listed below in the same
order as they appear in your policy.

**Management Liability Insuring Agreement**

**Employment Practices Liability Insuring Agreement**

**Fiduciary Liability Insuring Agreement**

**Trust Liability Insuring Agreement**

**Credit Union Professional Liability Insuring
Agreement**



CU007 Ed. 4-04 Printed in U.S.A.                Insuring Agreement
© St. Paul Fire and Marine Insurance Co. 2004 All Rights Reserved

Received   Sep-18-00 13:01   From-15087554924   To-WILSON ELSER MOSKOWI   Page 010

St. Paul Travelers SelectOne℠
for Credit Unions

**The St.Paul**

---

## GENERAL TERMS, CONDITIONS AND LIMITATIONS

### Extensions

### Estates and Legal Representatives

This Policy shall afford coverage for Claims for the Wrongful Acts of Insured Persons made against the estates, heirs, legal representatives or assigns of Insured Persons who are deceased or against the legal representatives or assigns of Insured Persons who are incompetent, insolvent or bankrupt to the extent that in the absence of such death, incompetence, insolvency or bankruptcy, such Claims would have been covered by this Policy.

### Spousal and Domestic Partner Liability

If a Claim against an Insured Person for a Wrongful Act of such Insured Person includes a claim against any natural person solely by reason of such person's:

(a) legal status as a spouse or status as a Domestic Partner, of the Insured Person; or

(b) ownership interest in property which the claimant seeks as recovery for alleged Wrongful Acts of the Insured Person.

all loss that such person becomes legally obligated to pay by reason of such Claim shall be treated as the Insured Person's Loss on account of the Claim made against such Insured Person.  The Declarations, terms, conditions, limitations and other provisions of this Policy shall apply to any such Loss.

The coverage extension afforded by this Spousal and Domestic Partner Liability subsection does not apply to the extent that the Claim alleges any error, misstatement, misleading statement, act, omission, neglect, breach of duty, or other conduct committed or attempted by the Insured Person's spouse or Domestic Partner, or by any natural person solely by reason of such person's ownership interest in property which the claimant seeks as recovery.

### Automatic Discovery Period

If the Insureds or the Insurer nonrenews or terminates this Policy or any Insuring Agreement made part of this Policy, except for termination due to non-payment of premium, coverage provided under this Policy or such Insuring Agreement shall be automatically extended for the period of sixty (60) days following the effective date of such nonrenewal or termination. (herein called the "Automatic Discovery Period"), but only with respect to a Wrongful Act otherwise covered thereunder taking place before the effective date of such nonrenewal or termination. Any Claim made during the Automatic Discovery Period shall be deemed to have been made during the Policy Year immediately preceding the Automatic Discovery Period.

### Additional Extended Discovery Period

If the Insureds or the Insurer nonrenews or terminates this Policy or any Insuring Agreement made part of this Policy, except for termination due to non-payment of premium, the Insureds shall have the right, upon payment of the additional premium described below, to an extension of the coverage granted under this Policy or such Insuring Agreement for the period set forth in the Declarations ("Additional Extended Discovery Period"), which shall not be less than twelve (12) months, following the effective date of such nonrenewal or termination, but only with respect to a Wrongful Act otherwise covered thereunder taking place before the effective date of such nonrenewal or termination. This right of extension shall lapse unless written notice of such election, together with payment of the additional premium due, is given by the Insureds to the Insurer within sixty (60) days following the effective date of nonrenewal or termination. Any Claim made during the Additional Extended Discovery Period shall be deemed to have been made during the Policy Year immediately preceding the Additional Extended Discovery Period.

---

SEP-18-2006 22:37 From:WG FCU   15087554924   TO:617 423 6917   P.10/46

Received  Sep-18-00  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page  011

**The St Paul**

The premium due for the Additional Extended Discovery Period shall equal that percent set forth in the Declarations of the annualized premium for this Policy or such Insuring Agreement made part of this Policy, for the last Policy Year prior to such nonrenewal or termination, including the fully annualized amount of any additional premiums charged by the Insurer for or during such Policy Year. The entire premium for the Additional Extended Discovery Period shall be deemed fully earned and non-refundable upon payment.

The Insureds shall not be entitled to elect the Additional Extended Discovery Period under this subsection if an extension of coverage is elected pursuant to the Acquisition or Charter Conversion of Parent Company subsection.

## Definitions

When used in this Policy, either in the singular or plural, the following terms have the following meanings:

**Administration** means:

    (a) counseling Employees, beneficiaries or Plan participants with respect to any Plan;

    (b) providing interpretations with respect to any Plan;

    (c) handling records in connection with any Plan; or

    (d) enrolling, terminating or canceling employees under any Plan.

**Affiliated Person** means:

    (a) any Director, Officer or Employee;

    (b) any shareholder of the Company that directly or indirectly, or acting through or in concert with one or more individuals or entities, owns, controls or has the power to vote ten percent (10%) or more of any class of voting securities of the Company; securities owned or controlled by a member of an individual's immediate family (spouse, minor children and adult children residing with the individual) are considered to be held by the individual for purposes of this definition; or

    (c) an entity in which the Company or Directors, Officers or Employees:

        (i) own, either directly or indirectly, twenty-five percent (25%) or more of any class of voting securities of; or

        (ii) have a controlling direct or beneficial interest in,

at the time a loan, lease or extension of credit by the Company to such entity was made or agreed to, or was refused.

**Application** means all signed applications, including attachments and materials submitted therewith, for this Policy or for any policy of which this Policy is a direct or indirect renewal or replacement. All such applications, attachments and materials are deemed attached to and incorporated into this Policy.

**Borrower** means any individual or entity that is not an Affiliated Person and to which the Company extends, agrees to extend, or refuses to extend, a loan, lease or extension of credit.

**Claim** means the following, including any appeal therefrom:

    (a) a written demand against any Insured for monetary damages or non-monetary relief;

    (b) a civil proceeding against any Insured commenced by the service of a complaint or similar pleading;

    (c) a criminal proceeding against any Insured commenced by a return of an indictment or information;

    (d) an arbitration proceeding against any Insured, or a formal administrative or regulatory proceeding against any Insured Person with respect to coverage under any Management Liability Insuring Agreement or Insured with respect to coverage under any other Insuring Agreement made part of this Policy, which shall be deemed commenced by such Insured's receipt of an arbitration petition, a notice of filed charges, a formal investigative order or a similar legal document, except that with respect to an audit conducted by the United States of America Office of Federal Contract Compliance Programs, such proceeding shall be deemed commenced by such Insured's receipt of a Notice of Violation or Order to Show Cause, or a written demand against such Insured for monetary damages or non-monetary relief;

SEP-18-2006 25:37 From:WG FCU    150087554324    TO:617 423 6917    P.11/46

Received  Sep-18-00  13:01    From-15087559324    To-WILSON ELSER MOSKOWI    Page 012

The **StPaul**

(e) a written request received by any Insured to toll or waive a statute of limitations, relating to a potential Claim described in (a), (b), (c) or (d) above; or

(f) solely with respect to a Fiduciary Act, any fact-finding investigation of any Insured by the Department of Labor or the Pension Benefit Guaranty Corporation;

on account of a Wrongful Act.

Claim shall not include any labor, grievance, arbitration or other proceeding pursuant to a collective bargaining agreement.

**Company** means any entity named in the Declarations and its Subsidiaries.

**Damages** means:

(a) compensatory damages;

(b) punitive or exemplary damages;

(c) the multiple portion of any multiplied damage award; or

(d) under the **Employment Practices Liability Coverage** only, liquidated damage awards pursuant to the Age Discrimination in Employment Act or the Equal Pay Act, including any amendments thereto.

**Defense Costs** means that part of Loss consisting of reasonable costs, charges, fees (including attorneys' fees, experts' fees, and mediators' or arbitrators' fees) and expenses (other than regular or overtime wages, salaries or fees of the directors, trustees, members of the board of managers, officers or employees of the Insurer, Company or Plan) incurred in defending or investigating a Claim, and the premium for appeal, attachment or similar bonds.

**Director or Officer** means:

(a) any natural person who was, now is or shall be a duly elected or appointed director, officer, member of the board of managers, or management committee member of any Company incorporated or chartered in the United States of America;

(b) with respect to any Non-Profit Entity that is a Subsidiary, any natural person who was, now is or shall be a duly elected or appointed director, officer or trustee of any such

Subsidiary incorporated or chartered in the United States of America;

(c) with respect to a Company incorporated or chartered outside the United States of America, any natural person who was, now is or shall be in a position that is the functional equivalent of any duly elected or appointed director or officer of any Company; or

(d) only with respect to any Fiduciary Liability Insuring Agreement made part of this Policy, any natural person who was, now is or shall be a duly elected or appointed trustee, director or officer of any Plan.

Only with respect to any Management Liability Insuring Agreement or Employment Practices Liability Insuring Agreement made part of this Policy, Director or Officer includes any natural person described in (a), (b), (c) or (d) above who was, now is or shall be serving in an Outside Position.

**Domestic Partner** means any natural person who qualifies as a domestic partner under the provisions of any applicable federal, state, provincial or local law, or under the provisions of any formal program established by the Company.

**Employee** means any natural person, other than a Leased Employee or Independent Contractor, who is a past, present or future employee of the Company or, only with respect to any Fiduciary Liability Insuring Agreement made part of this Policy, of a Plan, and who is not a Director or Officer, whether such employee is in a supervisory, co worker or subordinate position or otherwise, including any part-time, seasonal or temporary employee, acting in their capacity as such.

**Employment Practices Act** means any actual or alleged:

(a) violation of any federal, state, provincial or local statutory law, common law or civil law anywhere in the world, prohibiting discrimination of any kind;

(b) harassment, including any type of sexual, workplace, religious, racial, sexual orientation, pregnancy, disability, age, or national origin-based harassment;

(c) abusive or hostile work environment, whether based on gender, religion, age, disability, race, national origin,

SEP-18-2006 20:37 From:WG MLG FCU    15087559324    To:617 423 6917    P.12/46

Received    Sep-18-00 13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 013

**The St Paul**

pregnancy, marital status, sexual orientation or other legally protected status;

(d) wrongful discharge or termination, whether actual or constructive;

(e) breach of an actual or implied employment contract;

(f) failure or refusal to hire;

(g) misrepresentation;

(h) failure or refusal to provide equal treatment or opportunities;

(i) defamation, libel, slander, disparagement or invasion of privacy;

(j) failure or refusal to promote, including wrongful failure to train, advance or grant bonuses or perquisites;

(k) wrongful demotion;

(l) negligent hiring or negligent supervision of others;

(m) failure or refusal to adopt or enforce adequate workplace or employment practices, policies or procedures;

(n) wrongful, excessive or unfair discipline;

(o) wrongful infliction of emotional distress; or

(p) retaliation, including retaliation for exercising protected rights, supporting in any way another's exercise of protected rights, participating in strikes or lockouts, threatening or actually reporting wrongful activity of an Insured, including violation of any federal, state, provincial or local "whistle blower" or similar law,

related to the actual or prospective employment of any person by the Company and committed or attempted by any of the Insureds in their capacity as such, or related to the actual or prospective employment of any person by any entity in which any Director or Officer serves in an Outside Position and committed or attempted by such Director or Officer in their capacity in such Outside Position.

**Employment Practices Act** does not include any conduct actually or allegedly committed or attempted by any Insured Person in their capacity as a director, officer, trustee, governor, member of the board of managers, or any equivalent position, or employee of any entity other than the Company, even if service in such capacity is with the knowledge and consent of, at the direction

or request of, or part of the duties regularly assigned to the Insured Person by, the Company, except in their capacity in an Outside Position.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Executive Officer** means the chairperson, chief executive officer, chief financial officer and in-house general counsel of the Company, and the trustees of the Plans.

**Fiduciary Act** means any actual or alleged:

(a) breach of the responsibilities, obligations or duties imposed upon any Insured in its capacity as a fiduciary of any Plan by ERISA or by the common or statutory law of the United States of America or any other jurisdiction anywhere in the world;

(b) other matter claimed against the Company or an Insured Person solely because of their service as a fiduciary of any Plan; or

(c) negligent act, error or omission solely in the Administration of a Plan.

**Financial Impairment** means the status of the Company resulting from (a) the appointment by any state, provincial or federal official, agency or court of any receiver, conservator, liquidator, trustee, rehabilitator or similar official to take control of, supervise, manage or liquidate the Company, or (b) the Company becoming a debtor in possession.

**Independent Contractor** means a natural person, other than a Director, Officer, Employee or Leased Employee, who renders service to the Company in the course of independent employment pursuant to a contract for specified services; provided that (i) any coverage afforded under this Policy for such natural person only applies to the extent that the Company agrees to indemnify such natural person, and (ii) any such coverage shall be specifically excess of any other indemnity and insurance otherwise available to such natural person or any entity with which such natural person is affiliated.

**Insured** means:

(a) the Insured Persons;

(b) the Company, except the Company shall not be an Insured with respect

SEP-18-2006 22:38 From:WE FCU    15087554324    To:617 423 6917    P.13/46

Received     Sep-19-00  13:01     From-15087554324     To-WILSON ELSER MOSKOWI     Page 014

TheStPaul

to the **Directors and Officers Individual Coverage;** and

(c) only with respect to any Fiduciary Liability Insuring Agreement made part of this Policy, the Plans.

**Insured Persons** means:

(a) Directors or Officers;

(b) only with respect to any Credit Union Professional Liability Insuring Agreement made part of this Policy, or to the extent that coverage is granted as set forth in the Declarations, Employees;

(c) only to the extent that coverage is granted as set forth in the Declarations, Leased Employees and Independent Contractors; and

(d) Volunteers.

**Interrelated Wrongful Acts** means all Wrongful Acts that have as a common nexus any fact, circumstance, situation, event, transaction, cause or series of related facts, circumstances, situations, events, transactions or causes.

**IRA/Keogh Act** means any error, misstatement, misleading statement, act, omission, neglect, or breach of duty actually or allegedly committed or attempted by any Insured Person on behalf of the Company, or the Company, in their capacity as a trustee of any Individual Retirement Account (I.R.A.) or Keogh Account ((H.R. 10 Plan), provided such trustee activity is allowed under the limited trust authority granted by such accounts or plans.

**Leased Employee** means a natural person, other than a Director or Officer, Employee or Independent Contractor, who is leased to the Company to perform work for the Company and for whom the Company controls the means and manner of the work performed; provided that (i) any coverage afforded under this Policy for such Leased Employee only applies to the extent that the Company agrees to indemnify such Leased Employee, and (ii) any such coverage shall be specifically excess of any other indemnity and insurance otherwise available to the Leased Employee from or provided by the entity from which such Leased Employee is leased.

**Lending Act** means, only with respect to a loan, lease or extension of credit, any error, misstatement, misleading statement, act, omission, neglect, or breach of duty actually

or allegedly committed or attempted by any Insured Person on behalf of the Company, or the Company, in connection with or relating to:

(a) an agreement or refusal to grant or extend any such loan, lease or extension of credit;

(b) the granting or extending of any such loan, lease or extension of credit;

(c) Loan Servicing, but only for any such loan, lease or extension of credit in which the Company has an ownership interest; or

(d) the restructure, termination, transfer, repossession or foreclosure of any such loan, lease or extension of credit.

**Loan Servicing** means the servicing of a loan, lease or extension of credit (not including financing for investment banking, or leveraged or management buy-outs). Loan Servicing includes the following servicing activities: record keeping, billing and disbursements of principal or interest, receipt or payment of insurance premiums and taxes, credit reporting or statements of a customer's creditworthiness, determination of the depreciation amount of property (but not projections of or an appraisal for residual or future value of property).

Loan Servicing shall not include the purchase, acquisition or sale of any loan, lease or extension of credit, any act of restructure, termination, transfer, repossession or foreclosure of any loan, lease or extension of credit, or any act arising out of the operation or control of any entity or property that the Insured acquired as security or collateral for any loan, lease or extension of credit.

**Loss** means the amount which the Insureds become legally obligated to pay on account of each Claim and for all Claims made against them during the Policy Period, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period, for Wrongful Acts for which coverage applies, including Damages, judgments, settlements and Defense Costs. Loss does not include:

(a) any amount for which the Insureds are absolved from payment;

(b) taxes, or fines or penalties imposed by law, provided that this exception to the definition of Loss shall not apply under any Fiduciary Liability Insuring Agreement made part of this

SEP-19-2006 22:38 From:WG FCU     15087554324     To:617 423 6917     P.14/46



Received    Sep-18-00  13:01    To-WILSON ELSER MOSKOWI    Page 015    From-15087554324

**The St Paul**

Policy to the 5% or less, or the 20% or less, civil penalties imposed upon an Insured under Section 502(i) or (l), respectively, of ERISA;

(c) any unrepaid, unrecoverable or outstanding loan, lease or extension of credit to any Affiliated Person or Borrower;

(d) dividends or other distributions of corporate profits; or

(e) matters uninsurable under the law pursuant to which this Policy is construed; provided that Damages shall be deemed insurable under this Policy if such Damages are insurable under the law of any jurisdiction that is most favorable to the insurability of such Damages and has a substantial relationship to the Insureds, the Claim, the Insurer, or this Policy.

**Management Practices Act** means:

(a) any error, misstatement, misleading statement, act, omission, neglect, or breach of duty actually or allegedly committed or attempted by any Insured Person in their capacity as such, or in an Outside Position or, with respect to the **Company Liability Coverage**, by the Company; or

(b) any matter claimed against the Insured Persons solely by reason of their serving in such capacity or in an Outside Position.

Management Practices Act does not include any conduct actually or allegedly committed or attempted by any Insured Person in their capacity as a director, officer, trustee, governor, member of the board of managers, or any equivalent position, or employee of any entity other than the Company, even if service in such capacity is with the knowledge and consent of, at the direction or request of, or part of the duties regularly assigned to the Insured Person by the Company, except in their capacity in an Outside Position.

**Non–Profit Entity** means any non-profit corporation, community chest, fund or foundation that is exempt from federal income tax as an organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended.

**Outside Position** means the position of director, officer, manager, trustee or other equivalent executive position held by any Director or Officer of the Company in:

(a) any Non-Profit Entity not included in the definition of Company; or

(b) any other entity, if such coverage is specifically granted by endorsement to this Policy.

If service in such position is with the knowledge and consent of, at the direction or request of, or part of the duties regularly assigned to the Director or Officer by, the Company.

**Parent Company** means the Company first named in the Declarations.

**Plan** means:

(a) any employee benefit plan (as defined by ERISA) which is operated solely by the Company, or jointly by the Company and a labor organization, for the benefit of the Employees of the Company located anywhere in the world, if such plan existed before the Policy Period or is afforded coverage pursuant to the Changes in Exposure section;

(b) any other employee benefit plan not subject to Title 1 of ERISA sponsored solely by the Company for the benefit of the Employees of the Company, if such plan existed before the Policy Period or is afforded coverage pursuant to the Changes in Exposure section;

(c) any other employee benefit plan if listed as a Plan in an endorsement to this Policy; or

(d) any government-mandated benefit program for workers compensation, unemployment, social security or disability benefits for Employees;

provided that Plan shall not include any multi-employer plan or employee stock ownership plan (as defined by ERISA) unless such plan is specifically listed as a Plan in an endorsement to this Policy.

**Policy** means the Declarations, General Terms, Conditions and Limitations, each Insuring Agreement, any endorsements hereto, and the Application.

**Policy Period** means the period of time set forth in the Declarations, subject to prior termination in accordance with the Termination of Coverage section.

© St. Paul Fire and Marine Insurance Co. 2004 All Rights Reserved

SEP-18-2006 22:38 From:WG FCU    15087554324    To:617 423 5917    P.15/46

Received  Sep-19-00  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 010

The St Paul

**Policy Year** means:

(a) the period of one year following the inception date of the Policy Period of this Policy or any anniversary thereof;

(b) if the time between the inception date of the Policy Period of this Policy or any anniversary thereof, including any Insuring Agreement made a part of this Policy as of such inception date, and the termination of this Policy, or any such Insuring Agreement, is less than one year, then such lesser period;

(c) if an Insuring Agreement is made part of this Policy after the inception date of the Policy Period of this Policy, and the time between the inception date of such Insuring Agreement and any anniversary of this Policy is less than one year, then such lesser period with respect to such Insuring Agreement; or

(d) if an Insuring Agreement is made part of this Policy after the inception date of the Policy Period of this Policy, and the time between the inception date of such Insuring Agreement and the termination of this Policy, or such Insuring Agreement, is less than one year, then such lesser period with respect to such Insuring Agreement.

**Pollutants** means any substance located anywhere in the world exhibiting any hazardous characteristics as defined by, or identified on a list of hazardous substances issued by, the United States of America Environmental Protection Agency or a state, county, municipal or local counterpart thereof. Such substance shall include solids, liquids, gaseous or thermal irritants, contaminants or smoke, vapor, soot, fumes, acids, alkalis, chemicals or waste materials. Pollutants shall also mean any other air emission, odor, waste water, oil or oil products, infectious or medical waste, asbestos or asbestos products, load or load products, electric or magnetic or electromagnetic field and noise.

**Professional Services** means only those services any Insured Person on behalf of the Company, or the Company, performs or is required to perform for a customer of the Company:

(a) pursuant to an agreement between such customer and the Company for a fee, commission or other monetary compensation that inures to the benefit of the Company; provided that

such fee, commission or other monetary compensation is not solely comprised of interest or investment income;

(b) pursuant to a written agreement between the Company and a third party under which the Company provides Loan Servicing for such customer on behalf of such third party; or

(c) gratis in connection with the services for a fee, commission, or other monetary compensation described in subpart (a) above;

provided, however, that Professional Services shall not include: (i) services performed by any entity as to which the Company shall have acquired ownership or control as security for a loan, lease or other extension of credit; (ii) medical or health care services; (iii) the practice of law or the rendering of legal services; (iv) architectural or construction management services; (v) services provided customers as an enrolled actuary as that term is used in or in connection with ERISA; (vi) the rental of a safe deposit box; or (vii) the designing, building, or maintenance of any website or the content of any website.

**Professional Services Act** means any error, misstatement, misleading statement, act, omission, neglect, or breach of duty actually or allegedly committed or attempted by any Insured in the rendering or failure to render Professional Services.

**Securities Claim** means any Claim which, in whole or in part, is:

(a) brought by one or more security holders, or equity owners, of the Company, in their capacity as such; or

(b) based upon, arising out of or attributable to the purchase or sale of, or offer to purchase or sell, any debt securities issued by the Company (including any such Claim brought by the Securities and Exchange Commission or any other claimant);

provided, however, that this definition shall apply only with respect to debt securities issued by the Company for the purpose of raising capital for the Company and not securities issued in the course of the Company's business.

**Subsidiary** means:

SEP-18-2006 22:38 From:WE FCU    15087554324    To:617 423 6917    P.16/46

Received    Sep-18-06  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 017

TheSTPaul

(a) any entity in which more than 50% of the outstanding voting securities representing the present right to vote for election of directors is owned, directly or indirectly, in any combination, by one or more Companies;

(b) any Non-Profit Entity or political action committee in which the right to elect or otherwise appoint more than 50% of such entity's directors or trustees, or political action committee's members, is owned, or controlled, directly or indirectly, in any combination, by one or more Companies;

(c) any limited liability company in which the right to elect or otherwise appoint or designate more than 50% of such limited liability company's managers is owned or controlled, directly or indirectly, in any combination, by one or more Companies; or

(d) any joint venture in which the right to elect or otherwise appoint more than 50% of such entity's directors, trustees or other equivalent executives is owned or controlled, directly or indirectly, in any combination, by one or more Companies.

**Trust Act** means:

(a) an IRA/Keogh Act, and

(b) any error, misstatement, misleading statement, act, omission, neglect, or breach of duty actually or allegedly committed or attempted by any Insured Person on behalf of the Company, or the Company, in their capacity as:

   (i) executor, administrator, or personal representative of estates, administrator of guardianships, trustee under personal or corporate trust agreements, or conservator of any person;

   (ii) custodian, depository or managing agent for securities or real property, manager of personal property, attorney-in-fact, escrow agent, transfer or dividend disbursing agent, registrar, fiscal paying agent, tax withholding agent, exchange agent, redemption or subscription agent, warrant or scrip agent, trustee under bond indenture or sinking fund agent;

   (iii) trustee or co-trustee, fiduciary or co-fiduciary under a pension, profit sharing, health and welfare or other similar employee benefit plan or trust, other than a Plan, or

   (iv) trustee exercising any other trust or fiduciary powers permitted by law.

**Voluntary Compliance Program** means the Voluntary Compliance Resolution ("VCR") Program or the Walk-In Closing Agreement Program ("Walk-In CAP"), both as described in the Employee Plans Compliance Resolution System ("EPCRS"), IRS Rev. Proc. 98-22, as amended, or the Tax Sheltered Annuity Voluntary Correction Program ("TVC"), for a Fiduciary Act involving the actual or alleged noncompliance by any Plan with any statute, rule or regulation.

**Volunteer** means any natural person, other than an Employee, Independent Contractor, Leased Employee, or Director or Officer, who at any time in the past, present or future:

(a) donates their work to the Company; and

(b) is not paid a salary, wage, commission, or other compensation for that work.

**Wrongful Act** means Employment Practices Act, IRA/Keogh Act, Fiduciary Act, Lending Act, Management Practices Act, Professional Services Act, and Trust Act, but only to the extent that coverage is granted for such acts pursuant to an Insuring Agreement made part of this Policy.

## Exclusions

### Exclusions Applicable to All Insuring Agreements and to All Loss

The Insurer shall not be liable for Loss on account of any Claim made against any Insured:

1. for any deliberately fraudulent act or omission or any willful violation of any statute or regulation if a final non-appealable judgment or adjudication adverse to such Insured establishes that such Insured committed such an act, omission or violation; provided that this exclusion shall not apply to a Claim for an Employment Practices Act;

© St. Paul Fire and Marine Insurance Co. 2004 All Rights Reserved

SEP-18-2006 22:39 From:WG FCU    15087554324    To:617 423 6917    P.17/46

Received  Sep-18-00  13:01    From-15087554324    To-WILSON ELSER MOSKOWI  Page  018

The St Paul

2. based upon, arising out of, or attributable to such Insured gaining in fact any personal profit, remuneration or financial advantage to which such Insured was not legally entitled,

3. based upon, arising out of, or attributable to any fact, circumstance or situation which has been the subject of any written notice given under any policy of which this Policy is a direct or indirect renewal or replacement;

4. brought or maintained by or on behalf of any Insured in any capacity, except:

    (a) a Claim that is a derivative action brought or maintained on behalf of the Company by one or more persons who are not Directors or Officers and who bring and maintain such Claim without the solicitation, assistance or active participation of any Director or Officer;

    (b) a Claim brought or maintained by a natural person who was a Director or Officer, but who has not served as a Director or Officer for at least six-years preceding the date the Claim is first made, and who brings and maintains the Claim without the solicitation, assistance or active participation of any Director or Officer who is serving as a Director or Officer or was serving as a Director or Officer within such six-year period;

    (c) a Claim brought or maintained by or on behalf of any Insured Person for any Employment Practices Act;

    (d) a Claim brought or maintained by any Insured Person for contribution or indemnity, if the Claim directly results from another Claim covered under this Policy;

    (e) only with respect to any Fiduciary Liability Insuring Agreement made part of this Policy, a Claim brought or maintained by or on behalf of any Employee of the Company for any Fiduciary Act;

    (f) a Claim brought by an Insured Person solely in his or her capacity as a customer of the Company for a Trust Act or a Professional Services Act, provided that such Claim is instigated totally independent of, and totally without the solicitation, assistance, active participation, or intervention of, any other Insured; or

(g) a Claim brought or maintained in a jurisdiction outside of the United States of America, Canada or Australia by an Insured Person of a Company incorporated or chartered in a jurisdiction outside of the United States of America, Canada or Australia;

5. for a Wrongful Act by an Insured Person in an Outside Position if such Claim is brought or maintained by or on behalf of the entity in which the Insured Person serves, or by or on behalf of any director, officer, trustee, governor, or member of the board of managers, or equivalent position of such entity in any capacity except:

    (a) a Claim that is a derivative action brought or maintained on behalf of such entity by one or more persons who are not directors, officers, trustees, governors, members of the board of managers, or holders of any equivalent position of such entity and who bring and maintain the Claim without the solicitation, assistance or active participation of such entity or any such directors, officers, trustees, governors, members of the board of managers, or holders of any such equivalent position; or

    (b) a Claim brought or maintained by any director, officer, trustee, governor, member of the board of managers, or holder of any equivalent position of such entity for any Employment Practices Act; or

6. based upon, arising out of, or attributable to: (a) the actual, alleged or threatened discharge, release, escape, seepage, migration or disposal of Pollutants into, in or on real or personal property, water or the atmosphere; or (b) any direction or request that the Insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize Pollutants, or any voluntary decision to do so; including any Claim by or on behalf of the Company, its securities holders or creditors based upon, arising out of, or attributable to the matters described in this exclusion; provided that this exclusion shall not apply:

    (a) under the **Directors and Officers Individual Coverage**, to any Claim that is a derivative action brought or maintained on behalf of the Company by one or more security holders in their capacity as such, who are not Directors or Officers and who bring



---

SEP-18-2006 22:39 From:WG FCU    15087554324    To:617 423 6917    P.18/46

Received    Sep-18-00 13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 019

**The St.Paul**

and maintain the Claim without the solicitation, assistance or active participation of the Company or any Director or Officer; or

(b) under the **Employment Practices Liability Coverage,** to any Claim for retaliation against any claimant on account of such claimant's actual, alleged or threatened: (i) refusal to violate any federal, state, provincial or local statutory law, common law or civil law anywhere in the world, regarding the matters described in this exclusion; or (ii) disclosure regarding the matters described in this exclusion; or

7. based upon, arising out of, or attributable to the assertion of subrogation or recovery rights by or on behalf of any fidelity bonding company or fidelity insurer.

**Exclusions Applicable to All Insuring Agreements and to Loss Other than Defense Costs**

The Insurer shall not be liable for that part of Loss that constitutes the cost of complying with any order for, grant of or agreement to provide injunctive or non-monetary relief, including the cost of:

(a) instituting or conducting any corporate policy, procedure, program or training;

(b) modifying any building, or providing any accommodation, pursuant to the Americans with Disabilities Act or the Civil Rights Act of 1964, as amended, or any rules or regulations promulgated thereunder, or any similar provisions of any federal, state, provincial or local statutory law, common law or civil law anywhere in the world; or

(c) employment reinstatement or continued employment;

provided that this exclusion shall not apply to Defense Costs.

**Severability of Exclusions**

No fact pertaining to or knowledge possessed by any Insured Person shall be imputed to any other Insured Person for purposes of applying exclusions 1 and 2 set forth in the Exclusions Applicable to All Insuring Agreements and to All Loss section. Only facts pertaining to or knowledge possessed by an Executive Officer shall be imputed to the Company or Plan for

purposes of applying exclusions 1 and 2 set forth in this Exclusions Applicable to All Insuring Agreements and to All Loss section.

**Limits of Liability, Retentions and Coinsurance**

For the purposes of this Policy, all Claims arising out of the same Wrongful Act and all Interrelated Wrongful Acts of the Insureds shall be deemed one Claim, and such Claim shall be deemed to be first made against the Insureds on the date the earliest of such Claims is first made against them, regardless of whether such date is before or during the Policy Period.

**Each Insuring Agreement Limit of Liability and Policy Year Total Limit of Liability**

The Insurer's maximum liability for Loss on account of all Claims first made during the same Policy Year, including the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period, covered under each Insuring Agreement made part of this Policy, shall be the respective amount set forth in the Declarations under the Each Insuring Agreement Limit of Liability for such Insuring Agreement.

Defense Costs shall be part of, and not in addition to, the respective Each Insuring Agreement Limit of Liability set forth in the Declarations, and Defense Costs shall reduce and may exhaust such Limit of Liability.

The Insurer's maximum aggregate liability for Loss on account of all Claims covered under the Insuring Agreements that are subject to the Policy Year Total Limit of Liability, as set forth in the Insuring Agreements Subject to Policy Year Total Limit of Liability section of the Declarations of this Policy, that are first made against the Insureds during the same Policy Year, including the Automatic Discovery Period and, if exercised, the Additional Extended Discovery Period, combined, whether covered under one or more of such Insuring Agreements made part of this Policy, shall be the Policy Year Total Limit of Liability set forth in the Declarations. The Policy Year Total Limit of Liability shall be reduced and may be exhausted by payment of Loss under any such Insuring Agreements made part of this Policy. Defense Costs shall be part of, and not in addition to, the Policy Year Total Limit of Liability set forth in the Declarations, and Defense Costs shall reduce

SEP-18-2006 22:39 From:WG FCU 15087554324    To:617 423 6917    P.19/46

The St Paul

and may exhaust such Policy Year Total Limit of Liability.

For all Claims covered under any Insuring Agreement made a part of this Policy that is not subject to the Policy Year Total Limit of Liability, the Insurer's maximum liability for Loss on account of all Claims that are first made against the Insureds during the same Policy Year, including the Automatic Discovery Period and, if exercised, the Additional Extended Discovery Period, shall be the Each Insuring Agreement Limit of Liability for such Insuring Agreement set forth in the Declarations.

If Loss arising from a single Claim is covered under more than one Insuring Agreement made part of this Policy, the applicable Each Insuring Agreement Limit of Liability shall apply separately to each part of such Loss.

The Insurer's obligations for all Claims first made against the Insureds during the same Policy Year under each Insuring Agreement made part of this Policy shall cease once the applicable Each Insuring Agreement Limit of Liability or the Policy Year Total Limit of Liability has been exhausted by payment of Loss.

The Limit of Liability for the Automatic Discovery Period, and the Additional Extended Discovery Period, if exercised, shall be part of, and not in addition to, the applicable Each Insuring Agreement Limit of Liability and the Policy Year Total Limit of Liability for the Policy Year immediately preceding the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period. The purchase of the Additional Extended Discovery Period shall not increase or reinstate the applicable Each Insuring Agreement Limit of Liability or the Policy Year Total Limit of Liability for the Policy Year immediately preceding the Additional Extended Discovery Period.

**Credit Union Professional Liability Coverage Insuring Agreement**

If coverage for **Lender Liability Coverage** or **Professional Services Liability Coverage** is set forth in the Declarations, the Limit of Liability for **Lender Liability Coverage** or **Professional Services Liability Coverage**, respectively, shall be part of, and not in addition to, the Each Insuring Agreement Limit of Liability for the Credit Union Professional Liability Insuring Agreement. Payment of Loss under the **Lender Liability**

**Coverage** or the **Professional Services Liability Coverage** shall reduce and may exhaust the Each Insuring Agreement Limit of Liability for the Credit Union Professional Liability Coverage Insuring Agreement.

**Retentions**

Except as otherwise provided in this Limits of Liability, Retentions and Coinsurance section, the Insurer's liability with respect to Loss arising from each Claim shall apply only to that part of Loss which is excess of the applicable Retention set forth in the Declarations, and such Retention shall be borne by the Company uninsured and at its own risk.

No Retention shall apply to Loss incurred by Insured Persons on account of each Claim for which the Company:

   (a) is not permitted or required by law to indemnify such Insured Persons, or

   (b) is permitted or required to indemnify such Insured Persons but does not do so by reason of Financial Impairment.

The applicable Retention set forth in the Declarations shall apply to all other Loss, including Loss for which the Company is permitted or required by common or statutory law to indemnify any such Insured Persons, but fails or refuses, other than for reason of Financial Impairment, to do so.

If Loss arising from a single Claim is subject to more than one Retention, the applicable Retention shall be applied separately to each part of such Loss, but the largest applicable Retention set forth in the Declarations shall be the maximum Retention applicable to all Loss arising from such Claim. If a single Retention applies to multiple Insureds, the Retention shall be pro-rated among such Insureds.

**Coinsurance**

With respect to Loss excess of the applicable Retention covered under any Insuring Agreement made part of this Policy, the Company shall bear uninsured at its own risk the applicable percent of such Loss set forth in the Declarations as the Coinsurance Percent Applicable To Each Insuring Agreement, and the Insurer's liability hereunder shall apply only to the remaining percent of such Loss.

Received   Sep-19-00 13:01   From-15087554324   To-WILSON ELSER MOSKOWI   Page 021

TheSTPaul

## Indemnification

For purposes of this Policy, the Company agrees, to the fullest extent permitted by law, to indemnify the Insured Persons for all Loss. The Company will also take all steps necessary or allowable to provide such indemnification.

## Notice

The Insureds shall, as a condition precedent to their rights under this Policy, give to the Insurer written notice of any Claim made against the Insureds as soon as practicable, but in no event later than: (a) sixty (60) days after expiration of the Policy Year in which the Claim was first made; or (b) the expiration of the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period.

If during the Policy Period, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period, the Insureds become aware of circumstances which could give rise to a Claim for a Wrongful Act taking place before or during the Policy Period and give written notice of such circumstances and the other information referenced below to the Insurer during the Policy Period, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period, then any Claims subsequently arising from such circumstances shall be considered to have been made during the Policy Year, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period in which such notice of such circumstances and such other information was first given to the Insurer.

The Insureds shall, as a condition precedent to exercising their rights under this Policy: (a) include within any notice of Claim or circumstance a description of the Claim or circumstance, the nature of the alleged Wrongful Act, the nature of the alleged or potential damage, the names of actual or potential claimants and Insureds involved, and the manner in which the Insureds first became aware of the Claim or circumstance; and (b) give to the Insurer such other information and cooperation as the Insurer may reasonably request.

All notices under any provision of this Policy shall be in writing and given by prepaid express courier, certified mail or fax properly addressed to the appropriate party.

Notice to the Insureds may be given to the Parent Company at the address set forth in the Declarations. Notice to the Insurer of any Claim or circumstance shall be given to The St. Paul Companies, Inc., 385 Washington Street, St. Paul, Minnesota 55102-1390, Attention: Professional E&O Claim Unit. All other notices to the Insurer under this Policy shall be given to the same addressee but to the attention of the Financial and Professional Services Unit. Notice given as described above shall be deemed to be received and effective upon actual receipt thereof by the addressee or one (1) day following the date such notice is sent, whichever is earlier.

## Defense and Settlement

The Insureds agree not to settle or offer to settle any Claim, incur any Defense Costs or otherwise assume any contractual obligation, admit any liability, voluntarily make any payment or confess or otherwise agree to any Damages or judgments with respect to any Claim covered by this Policy without the Insurer's written consent, which shall not be unreasonably withheld. The Insurer shall not be liable for any settlement, Defense Costs, assumed obligation, admitted liability, voluntary payment, or confessed or agreed Damages or judgment to which it has not consented.

The Insurer shall be entitled to full cooperation and all information and particulars it may reasonably request from the Insureds in order to conduct its investigation or to reach a settlement of the Claim. The Insureds agree that in the event of a Claim, the Insureds will do nothing that may prejudice the Insurer's position or its potential or actual rights of recovery.

The Insurer may, with the consent of the Company, settle any Claim for any monetary amount that the Insurer deems reasonable. If the Company withholds consent to such settlement, the Insurer's liability for all Loss arising from such Claim shall not exceed:

   (a) the amount for which the Insurer could have settled such Claim; plus

   (b) Defense Costs incurred as of the date such settlement was proposed in writing by the Insurer to the Company; plus

   (c) 50% of the covered Loss, including Defense Costs incurred after the date such settlement was proposed in writing by the Insurer to the

SEP-18-2006 22:40 From:WG FCU         15087554324      To:617 423 6917       P.21/46

The St Paul

Company, in excess of the amount for which the Insurer could have settled such Claim.

Notwithstanding the foregoing, if the proposed settlement amount does not exceed the applicable Retention set forth in the Declarations, subpart (c) above shall not apply and the Insurer's liability for all Loss arising from such Claim shall not exceed the amount for which the Insurer could have settled such Claim plus Defense Costs incurred as of the date such settlement was proposed in writing by the Insurer to the Company.

Any amounts paid by the Insurer under subparts (a), (b) or (c) above shall be part of and not in addition to the applicable Limits of Liability set forth in the Declarations.

The Insurer and the Insureds shall not unreasonably withhold any consent referenced in this Defense and Settlement section.

The Insurer shall have the right to appeal any judgment with respect to any Claim covered, in whole or in part, by this Policy and the expense of appealing such judgment shall be part of Defense Costs as defined herein.

## Duty of the Insureds to Defend

If Duty of the Insureds to Defend is selected as set forth in the Declarations under an Insuring Agreement made part of this Policy, it shall be the duty of the Insureds and not the duty of the Insurer to select defense counsel and defend any Claim covered by such Insuring Agreement under this Policy.

With respect to any Claim submitted for coverage under such Insuring Agreement, the Insurer shall have the right and shall be given the opportunity to effectively associate with, and shall be consulted in advance by, the Insureds regarding: (a) the selection of appropriate defense counsel; (b) substantive defense strategies, including decisions regarding the filing and content of substantive motions, and (c) settlement negotiations.

Subject to the Allocation section, the Insurer shall advance, on behalf of the Insureds, Defense Costs which the Insureds have incurred in connection with Claims made against them, before disposition of such Claims, provided that to the extent that it is

finally established that any such Defense Costs are not covered under this Policy, the Insureds, severally according to their respective interests, agree to repay the Insurer such Defense Costs.

## Duty of the Insurer to Defend

If Duty of the Insurer to Defend is selected as set forth in the Declarations under an Insuring Agreement made part of this Policy, the Insurer shall have the right and duty to select defense counsel and defend any Claim covered by such Insuring Agreement under this Policy.

If a Claim is covered under more than one Insuring Agreement, and the Duty of the Insurer to Defend is selected as set forth in the Declarations under any such Insuring Agreement, the Insurer shall have the right and duty to select defense counsel and defend such Claim under all Insuring Agreements under which such Claim is covered.

The Insurer's duty to defend Claims shall apply even if any of the allegations are groundless, false or fraudulent and shall only obligate the Insurer to pay Defense Costs.

Except as otherwise provided in this Defense and Settlement section, the Insurer's duty to defend any Claim ceases upon exhaustion of the applicable Each Insuring Agreement Limit of Liability or the Policy Year Total Limit of Liability, as set forth in of the Declarations, by the payment of Loss.

If the Insurer's duty to defend ceases with respect to any Claim, the Insurer shall notify the Company of such Claim so that the Company can arrange to take control of the defense. The Insurer agrees to take whatever steps are necessary to avoid a default judgment during a transfer of control of the defense of any outstanding Claim. The Insureds agree to repay the reasonable expenses incurred by the Insurer in taking any such steps during the transfer and further agree that, in undertaking any such steps, the Insurer has not waived or otherwise given up any rights under this Policy.

## Allocation

If on account of any Claim the Insureds who are covered for such Claim under this Policy incur Loss jointly with others,

**The St Paul**

including any Insureds who are not covered for such Claim under this Policy, or the Insureds incur an amount consisting of both Loss covered by this Policy and loss not covered by this Policy because the Claim includes both covered and uncovered matters, such amount shall be allocated between covered Loss and uncovered loss based upon the relative legal exposures of the parties to covered and uncovered matters.

If Duty of the Insureds to Defend is selected as set forth in the Declarations under an Insuring Agreement made part of this Policy, with respect to any Claim submitted for coverage under such Insuring Agreement, if there can be an agreement on an allocation of Defense Costs, the Insurer shall advance, on behalf of the Insureds, Defense Costs which the Insureds have incurred in connection with such Claim and that are allocated to covered Loss. If there can be no agreement on an allocation of such Defense Costs, the Insurer shall so advance Defense Costs that the Insurer believes to be covered under this Policy, until a different allocation is negotiated, arbitrated or judicially determined. Any advancement of Defense Costs shall be subject to, and conditioned upon receipt by the Insurer of, a written undertaking by the Insureds that such advanced amounts shall be repaid to the Insurer by the Insureds, severally according to their respective interests, if and to the extent that such Defense Costs are not covered under this Policy.

Any negotiated, arbitrated or judicially determined allocation of Defense Costs incurred in connection with a Claim shall be applied retroactively to all Defense Costs incurred in connection with such Claim, notwithstanding any prior advancement to the contrary. Any allocation or advancement of Defense Costs incurred in connection with a Claim shall not apply to or create any presumption with respect to the allocation of other Loss on account of such Claim or any other Claim.

If Defense Costs arising from a single Claim are incurred and covered under more than one Insuring Agreement made part of this Policy, such Defense Costs shall be allocated to each applicable Insuring Agreement. To the extent such an allocation can not reasonably be made, such Defense Costs shall be covered, subject to all of the General Terms, Conditions and Limitations and the limitations, conditions, provisions and other terms of this Policy, under the

applicable Insuring Agreements in the following order, until such time as such an allocation can reasonably be made:

1. Employment Practices Liability Insuring Agreement.

2. Credit Union Professional Liability Insuring Agreement.

3. Trust Liability Insuring Agreement.

4. Fiduciary Liability Insuring Agreement.

5. Management Liability Insuring Agreement.

## Other Insurance

Except as may be provided in any Outside Position Liability subsection of this Policy, if any Loss arising from any Claim made against any Insured is insured under any other valid and collectible insurance, prior or current, then this Policy shall cover such Loss, subject to its limitations, conditions, provisions and other terms, only to the extent that the amount of such Loss is in excess of the amount of such other insurance, whether such other insurance is stated to be primary, contributory, excess, contingent or otherwise, unless such other insurance is written only as specific excess insurance over the Limits of Liability provided in this Policy.

## Changes In Exposure

### Acquisition or Creation of Another Entity or Plan

If during the Policy Period the Company:

(a) acquires securities in another entity or creates another entity, which as a result of such acquisition or creation becomes a Subsidiary;

(b) acquires any entity by merger into or consolidation with the Company;

(c) creates a Plan; or

(d) acquires a Plan through merger into or consolidation with the Company,

such entity, or Plan, and its Insured Persons shall be covered under this Policy as follows:

If the fair value of all cash, securities, assumed indebtedness and other consideration paid by the Company for any such creation or acquisition is less than 25%

The St.Paul

of the total assets of all the Companies, or, with respect to a newly created or acquired Plan, less than 25% of the total assets of all of the Plans, as reflected in the Parent Company's or Plans' most recent financial statements as of the inception of the Policy Period, such entity, or Plan, and its Insured Persons shall automatically be covered under this Policy, but only with respect to Wrongful Acts taking place after such creation or acquisition, unless the Insurer agrees, after presentation of a complete application and all appropriate information, to provide coverage by endorsement for Wrongful Acts taking place before such creation or acquisition.

With respect to all other creations or acquisitions described in subparts (a), (b), (c) or (d) above, such entity, or Plan, and its Insured Persons shall automatically be covered under this Policy, but only for ninety (90) days or the remainder of the Policy Period, whichever is less, following the effective date of such creation or acquisition, ("Automatic Coverage Period") and only with respect to Wrongful Acts taking place after such creation or acquisition. As a condition precedent to further coverage with respect to such entity, or Plan, and its Insured Persons after the Automatic Coverage Period, the Parent Company shall give written notice of such creation or acquisition to the Insurer as soon as practicable, but in no event later than forty-five (45) days following the effective date of such creation or acquisition, and shall thereafter promptly provide to the Insurer such information as the Insurer may request. Upon receipt of such notice and other information, the Insurer shall promptly provide to the Parent Company a quotation for coverage under this Policy for such entity, or Plan, and its Insured Persons for the remainder of the Policy Period. If the Parent Company fails to comply with such condition precedent, or if within thirty (30) days following receipt of such quotation the Parent Company fails to pay any additional premium or fails to agree to any additional coverage terms and conditions as set forth in such quotation, coverage otherwise afforded by this subsection for such entity, or Plan, and its Insured Persons shall terminate upon expiration of the Automatic Coverage Period.

Notwithstanding the foregoing, no coverage shall be afforded by this subsection with respect to any multi-employer plan or employee stock ownership plan (as defined in ERISA) unless such coverage is specifically granted by endorsement to this Policy.

**Addition of a New Professional Service**

If during the Policy Period the Insureds begin to offer a new type of Professional Service ("new Professional Service"), Loss on account of any Claim for such new Professional Service shall be covered under the provisions of the applicable Insuring Agreement, but only as follows:

If the projected annual fee income or gross revenue to the Company for any such new Professional Service is less than 10% of the annual fee income or gross revenue to the Company for all Professional Services, as reflected in the Company's most recent financial statements as of the inception of the Policy Period, such new Professional Service shall automatically be included in the definition of Professional Services under this Policy.

All other new Professional Services shall automatically be included in the definition of Professional Services under this Policy, but only for ninety (90) days or the remainder of the Policy Period, whichever is less, following the effective date the Insureds began to offer such new Professional Service ("Automatic Coverage Period").

As a condition precedent to further coverage with respect to Loss on account of any Claim for such new Professional Service after the Automatic Coverage Period, the Parent Company shall give written notice of any such new Professional Service to the Insurer as soon as practicable, but in no event later than forty-five (45) days following the effective date that the Insureds began to offer such new Professional Service, and shall thereafter promptly provide to the Insurer such information as the Insurer may request. Upon receipt of such notice and other information, the Insurer shall promptly provide to the Parent Company a quotation for coverage for Loss on account of any Claim for such new Professional Service for the remainder of the Policy Period. If the Parent Company fails to comply with such condition precedent, or if within thirty (30) days following receipt of such quotation the Parent Company fails to pay any additional premium or fails to agree to any additional coverage terms and conditions as set forth in such quotation, coverage otherwise afforded by this subsection for Loss on account of any Claim for such new Professional Service shall terminate upon expiration of the Automatic Coverage Period.



---

Received    Sep-19-00  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 025

**TheStPaul**

Notwithstanding the foregoing, no coverage shall be afforded by this subsection with respect to any new Professional Service specifically excluded from the definition of Professional Services.

### Acquisition or Charter Conversion of Parent Company

If during the Policy Period:

   (a) the Parent Company merges into or consolidates with another entity and the Parent Company is not the surviving entity;

   (b) another entity or person, or a group of entities or persons acting in concert, acquires the right to elect or otherwise appoint more than 50% of the directors, or members of the board of managers of the Parent Company; or

   (c) the Parent Company converts its charter to a charter other than a federal, state or community credit union charter,

coverage under this Policy shall continue until termination of this Policy, but only with respect to Wrongful Acts taking place before such merger, consolidation, acquisition or charter conversion.  As of the effective date of such merger, consolidation, acquisition or charter conversion, all premiums paid or due at any time under this Policy shall be deemed fully earned and non-refundable.

The Parent Company shall give written notice of such merger, consolidation, acquisition or charter conversion to the Insurer as soon as practicable together with such information as the Insurer may request. Upon receipt of such notice and information and at the request of the Parent Company, the Insurer shall promptly provide to the Parent Company a quotation for a three-year (or such lesser or greater period as may be negotiated with the Insurer) extension of coverage with respect to Wrongful Acts taking place before such merger, consolidation, acquisition or charter conversion.  Any coverage extension pursuant to such quotation shall be conditioned upon the Insureds, within sixty (60) days after receipt of such quotation: (a) giving to the Insurer written notice of their desire to elect such extended coverage; (b) paying any additional premium required by the Insurer, which shall be deemed fully earned and non-refundable upon inception of such coverage extension; and (c) accepting

any additional coverage terms and conditions required by the Insurer.

Such coverage extension shall not increase or reinstate the applicable Each Insuring Agreement Limit of Liability or the Policy Year Total Limit of Liability set forth in the Declarations and the Limit of Liability for such coverage extension shall be part of and not in addition to the applicable Each Insuring Agreement Limit of Liability and the Policy Year Total Limit of Liability for the Policy Year in which such merger, consolidation, acquisition or charter conversion is effective.

The Insureds shall not be entitled to elect an extension of coverage under this Acquisition or Charter Conversion of Parent Company subsection if an Additional Extended Discovery Period is elected pursuant to the Additional Extended Discovery Period subsection.

### Cessation of Subsidiaries or Plans

If before or during the Policy Period, an entity ceases to be a Subsidiary, coverage under an Insuring Agreement made part of this Policy with respect to such Subsidiary and its Insureds shall continue until termination of such Insuring Agreement or this Policy, whichever is earlier, but only with respect to Wrongful Acts taking place before the date such entity ceased to be a Subsidiary.

If before or during the Policy Period, a Plan ceases to be sponsored by a Company, coverage under an Insuring Agreement made part of this Policy with respect to such Plan and its Insureds shall continue until termination of such Insuring Agreement or this Policy, whichever is earlier, but only with respect to Fiduciary Acts taking place before the date such Plan ceased to be sponsored by a Company.

### Termination of Plan

If before or during the Policy Period, a Plan is terminated, coverage under an Insuring Agreement made part of this Policy with respect to such Plan and its Insureds shall continue until termination of such Insuring Agreement or this Policy, whichever is earlier. Such coverage continuation shall apply with respect to Fiduciary Acts taking place before or after the date such Plan was terminated.

SEP-18-2006 22:41 From:WG FCU        15087554324        To:617 423 6917        P.25/46

Received    Sep-18-06  13:01    From-15087553424    To-WILSON ELSER MOSKOWI    Page 020

The St Paul

## Representations and Severability

In granting coverage under this Policy, the Insurer has relied upon the statements and representations in the Application. The Insureds represent that all such statements and representations are true. All such statements and representations shall be deemed material to the acceptance of the risk or the hazard assumed by the Insurer under this Policy. This Policy is issued in reliance upon the truth thereof.

The Insureds agree that in the event that any such statements and representations are untrue, this Policy shall not afford any coverage with respect to any of the following Insureds:

(a) any Insured Person who knew the facts that were not truthfully disclosed in the Application;

(b) the Company, under the **Company Indemnification Coverage**, to the extent that it indemnifies any Insured Person referenced in (a) above;

(c) the Company, if any Executive Officer knew the facts that were not truthfully disclosed in the Application; or

(d) the Plan, under the **Fiduciary Liability Coverage**, if any Executive Officer knew the facts that were not truthfully disclosed in the Application.

whether or not such Insured Person or Executive Officer knew of such untruthful disclosure in the Application.

## Territory and Valuation

All premiums, limits, retentions, Loss and other amounts under this Policy are expressed and payable in the currency of the United States of America. If judgment is rendered, settlement is denominated or another element of Loss under this Policy is stated in a currency other than United States of America dollars, payment under this Policy shall be made in United States of America dollars at the rate of exchange published in The Wall Street Journal on the date the final judgment is reached, the amount of the settlement is agreed upon or the payment of other element of Loss is due, respectively.

Coverage under this Policy shall extend to Wrongful Acts taking place or Claims made anywhere in the world.

## Termination of Coverage

This Policy or any Insuring Agreement made part of this Policy shall terminate at the earliest of the following times:

(a) the effective date of termination specified in a prior written notice by the Parent Company to the Insurer; provided that this Policy or any Insuring Agreement made part of this Policy may not be terminated by the Parent Company after the effective date of the Parent Company merger, consolidation or acquisition as described in the Changes in Exposure section;

(b) upon expiration of the Policy Period as set forth in the Declarations;

(c) ten (10) days after receipt by the Parent Company of a written notice of termination of this Policy from the Insurer for failure to pay a premium when due, unless the premium is paid within such ten (10) day period; or

(d) at such other time as may be agreed upon by the Insurer and the Parent Company.

The Insurer may not terminate this Policy or any Insuring Agreement made part of this Policy before expiration of the Policy Period, except as provided above for non-payment of a premium. The Insurer shall refund the unearned premium computed at customary short rates if this Policy or an Insuring Agreement made part of this Policy is terminated by the Parent Company. Under any other circumstances, the refund shall be computed pro rata. Payment or tender of any unearned premium by the Insurer shall not be a condition precedent to the effectiveness of such termination, but such payment shall be made as soon as practicable.

## Subrogation

In the event of any payment under this Policy, the Insurer shall be subrogated to the extent of such payment to all the Insureds' rights of recovery, including the Insured Persons' rights to indemnification or advancement from the Company. The Insureds shall execute all papers required and shall do everything necessary to secure and preserve all rights of recovery, including the execution of such documents necessary to enable the Insurer effectively to bring suit in the name of the Insureds.

ZZ0 ebaq    IWOKSOM RESLE NOSLIW-oT    4S364667808l-morF    l0:8l 00-8l-qeS    beviebeR

The St Paul

## Recoveries

Recovery of any Loss paid under this Policy, whether such recovery is effected by the Insurer or the Insureds, less the costs of recovery, shall be distributed first to the Insureds for any amounts which are in excess of the Limits of Liability of this Policy and would have otherwise been covered by this Policy, next to the Insurer for the amount of such Loss paid hereunder, next to the Insureds for any Retention or Coinsurance Percentage applicable to such Loss, and lastly to the Insureds for the amount of such loss excluded, or otherwise not covered, under this Policy. Recovery by the Insurer from reinsurance or indemnity shall not be a recovery hereunder.

## Action Against the Insurer

No action shall lie against the Insurer unless, as a condition precedent thereto, there shall have been full compliance with all the terms of this Policy. No person or entity shall have any right under this Policy to join the Insurer as a party to any action against Insureds to determine the Insureds' liability, nor shall the Insurer be impleaded or otherwise brought into any action against the Insureds by the Insureds or their legal representatives. Bankruptcy or insolvency of an Insured or of the estate of any Insured Person shall not relieve the Insurer of its obligations, nor deprive the Insurer of its rights or defenses, under this Policy.

## Authorization

By acceptance of this Policy, the Parent Company agrees to act on behalf of the Insureds with respect to the giving and receiving of notice of Claim or termination of this Policy, the payment of premiums and the receiving of any return premiums that may become due under this Policy, the agreement to and acceptance of endorsements, and the giving or receiving of any other notice provided for in this Policy (except the giving of notice to apply for the Additional Extended Discovery Period), and the Insureds agree that the Parent Company shall act on their behalf in such respects.

## Alteration and Assignment

No change in, modification of, or assignment of interest under this Policy shall be effective except when made by a written endorsement to this Policy that is signed by an authorized representative of the Insurer.

## Arbitration

Only if requested by the Insureds, the Insurer shall submit any dispute, controversy or claim arising out of or relating to this Policy or the breach, nonrenewal, termination or invalidity of this Policy to final and binding arbitration pursuant to such rules and procedures as the parties may agree. If the parties cannot so agree, the arbitration shall be administered by the American Arbitration Association in accordance with its then prevailing commercial arbitration rules. The arbitration panel shall consist of one arbitrator selected by the Insureds, one arbitrator selected by the Insurer, and a third independent arbitrator selected by the first two arbitrators. In any such arbitration, each party will bear its own legal fees and expenses.

94/72.P    Tl96 S24 7l6:oT    4S364667808l    UCF MG:morF l4:22 8002-8l-qeS

Received    Sep-18-00 13:01    From-15087584324    To-WILSON ELSER MOSKOWI    Page 028

# St. Paul Travelers SelectOne℠
## for Credit Unions

The St.Paul

## MANAGEMENT LIABILITY INSURING AGREEMENT

**IMPORTANT NOTE: THIS IS CLAIMS MADE COVERAGE. PLEASE READ THIS POLICY CAREFULLY.**

This Policy is written on a claims made basis and covers only Claims first made during the Policy Period, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period. The Limit of Liability Available to pay judgments or settlements shall be reduced and may be exhausted by amounts incurred as Defense Costs. Retentions shall apply to Defense Costs.

In consideration of payment of the premium and in reliance upon the statements made in the Application, which are made a part hereof and deemed attached hereto, and subject to the Declarations, the General Terms, Conditions and Limitations, and the limitations, conditions, provisions and other terms of this Policy, the Insurer, the Company and the Insured Persons agree as follows:

## Directors and Officers Individual Coverage

The Insurer shall pay on behalf of the Insured Persons Loss for which the Insured Persons are not indemnified by the Company and which the Insured Persons become legally obligated to pay on account of any Claim first made against them, individually or otherwise, during the Policy Period, the Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, for a Management Practices Act taking place before or during the Policy Period.

## Company Indemnification Coverage

If Company Indemnification Coverage is granted as set forth in the Declarations, the Insurer shall pay on behalf of the Company Loss for which the Company grants indemnification to the Insured Persons, as permitted or required by law, and which the Insured Persons have become legally obligated to pay on account of any Claim first made against them, individually or otherwise, during the Policy Period, the Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, for a Management Practices Act taking place before or during the Policy Period.

## Company Liability Coverage

If Company Liability Coverage is granted as set forth in the Declarations, the Insurer shall pay on behalf of the Company Loss for which the Company becomes legally obligated to pay on account of any Claim first made against the Company during the Policy Period, the Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, for a Management Practices Act taking place before or during the Policy Period.

## Duty To Defend Provision

If the Duty of the Insurer to Defend is selected as set forth in the Declarations, then subject to the provisions of the Defense and Settlement section of the General Terms, Conditions and Limitations, the Insurer shall have the right and duty to select counsel and defend any Claim covered by this Insuring Agreement. If the Duty of the Insureds to Defend is selected as set forth in the Declarations, then subject to the provisions of the Defense and Settlement section of the General Terms, Conditions and Limitations, it shall be the duty of the Insureds and not the duty of the Insurer to select counsel and defend any Claim covered by this Insuring Agreement.

## Extensions

### Excess Directors and Officers Individual Coverage

The Insurer shall pay up to $ 1,000,000 on behalf of the Directors or Officers for Loss for which the Directors or Officers are not indemnified by the Company and which the

---

SEP-18-2006 22:41 From:WG FCU    15087584324    To:617 423 5917    P.28/46

Received  Sep-18-06  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 029

**The St.Paul**

Directors or Officers become legally obligated to pay on account of any Claim first made against them, individually or otherwise, during the Policy Period, the Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, for a Management Practices Act taking place before or during the Policy Period.

This extension of coverage shall be in addition to and excess of the Each Insuring Agreement Limit of Liability for the Management Liability Insuring Agreement set forth in the Declarations, and no Retention shall apply to this extension of coverage.

The Each Insuring Agreement Limit of Liability for the Management Liability Insuring Agreement must be completely exhausted by payment of Loss before the Insurer shall have any obligation to make any payment for Loss under this extension of coverage, unless the Each Insuring Agreement Limit of Liability for the Management Liability Insuring Agreement is subject to the Policy Year Total Limit of Liability and such Policy Year Total Limit of Liability is completely exhausted by payment of Loss before such Each Insuring Agreement Limit of Liability for the Management Liability Insuring Agreement is completely exhausted by payment of Loss.

This extension of coverage shall be specifically excess of any insurance available to the Directors or Officers that is specifically excess of this Policy or Insuring Agreement and such excess insurance must be completely exhausted by payment of loss, damages, defense costs, claim expenses or other sums covered thereunder before the Insurer shall have any obligation to make any payment for Loss under this extension of coverage.

### Outside Position Liability

Subject to all of its limitations, conditions, provisions and other terms, this Insuring Agreement covers any Director or Officer serving in an Outside Position. Any such coverage shall be specifically excess of any indemnity and insurance available from or provided by the entity in which the Director or Officer serves in the Outside Position. Payment by the Insurer, or any member company of The St. Paul Companies, Inc., under another policy as a result of a Claim against any Director or Officer in an Outside Position shall reduce, by the amount of such payment, the Each Insuring Agreement Limit of Liability for this Insuring Agreement set

forth in the Declarations with respect to such Claim.

### Investigative Costs Coverage

If Company Liability Coverage and Investigative Costs Coverage is granted as set forth in the Declarations, the Insurer shall pay up to $100,000 on behalf of the Company for reasonable costs, charges, fees (including attorneys' fees and experts' fees) and expenses (other than regular or overtime wages, salaries or fees of the directors, trustees, members of the board of managers, management committee members, officers or employees of the Company) incurred by the Company, including it s board of directors, board of managers, or any committee thereof, in connection with the Company s investigation or evaluation of any written demand first made upon the board of directors or board of managers of such Company during the Policy Period, the Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, by one or more security holders of the Company, without the solicitation, assistance or active participation of any Director or Officer, to bring a civil proceeding in a court of law on behalf of the Company against any Director or Officer for a covered Management Practices Act by a Director or Officer taking place before or during the Policy Period. This extension of coverage shall be part of, and not in addition to, the Each Insuring Agreement Limit of Liability for this Insuring Agreement set forth in the Declarations, and no Retention shall apply to this extension of coverage.

### Exclusions

### Exclusions Applicable to All Coverages of This Insuring Agreement

The Insurer shall not be liable for Loss on account of any Claim made against any insured:

1. based upon, arising out of, or attributable to any prior or pending written demand for monetary damages or non-monetary relief, administrative or regulatory proceeding or civil or criminal litigation against any Insured as of the applicable Prior Litigation Date set forth in the Declarations, or the same or substantially the same facts, circumstances or situations underlying or alleged therein;

SEP-18-2006 13:41 From:WG FCU    15087554324    To:617 423 6917    P.29/46

Received    Sep-19-00  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 030

TheSTPaul



2. for an actual or alleged violation of the responsibilities, obligations or duties imposed by ERISA, or similar provisions of any federal, state, provincial or local statutory law, common law or civil law anywhere in the world, upon fiduciaries of any pension, profit sharing, health and welfare or other employee benefit plan or trust established or maintained for the purpose of providing benefits to Employees of the Company;

3. based upon, arising out of, or attributable to any actual or alleged infringement or violation of any intellectual property rights or laws, including copyright, title, slogan, patent, service mark, service name, trade dress, trade name, trade secret, or trademark; provided that this exclusion shall not apply to a Securities Claim;

4. based upon, arising out of, or attributable to bodily injury, mental anguish, emotional distress, sickness, disease or death of any person, or damage to or destruction of any tangible property or any data including loss of use thereof, or false arrest, detention or imprisonment, malicious prosecution, wrongful entry, wrongful eviction, invasion of the right of private occupancy, discrimination, libel, slander, disparagement, or violation of a person or organization's right of privacy or publicity right;

   provided this exclusion shall not apply to:

   (a) a Securities Claim;
   (b) a Claim for any actual or alleged mental anguish, emotional distress, discrimination, libel, slander, or invasion of privacy on account of an Employment Practices Act; or
   (c) a Claim for any actual or alleged mental anguish or emotional distress on account of a Lending Act; or

5. based upon, arising out of, or attributable to any actual or alleged loan, lease or extension of credit:

   (a) to any Affiliated Person;
   (b) to any other person or entity if loans, leases or extensions of credit to such person or entity would be aggregated with a loan, lease or extension of credit to any Affiliated Person for purposes of determining the Company's compliance with any applicable restriction on the concentration of the Company's loans; or

(c) that was, at the time of its making, in excess of the legal lending limit of the Company.

## Exclusions Applicable to Company Liability Coverage

The Insurer shall not be liable under the **Company Liability Coverage** for Loss on account of any Claim made against the Company:

1. based upon, arising out of, or attributable to liability of the Company under any contract or agreement, either oral or written; provided that this exclusion shall not apply to the extent that the Company:

   (a) would have been liable for such Loss in the absence of the contract or agreement; or
   (b) has agreed to indemnify a Leased Employee, if coverage for such Leased Employee is provided under this Insuring Agreement;

2. based upon, arising out of, or attributable to any actual or alleged violation of the Interstate Commerce Act of 1887, the Sherman Antitrust Act of 1890, the Clayton Act of 1914, the Robinson Patman Act of 1938, the Cellar-Kefauver Act of 1950, the Competition Act, the Federal Trade Commission Act of 1914, amendments thereto, or other federal, state, provincial or local statutory law, common law or civil law anywhere in the world designed to prevent monopolies, preclude price discrimination, price fixing or unfair trade practices, or to otherwise protect competition;

3. based upon, arising out of, or attributable to any actual or alleged obligation of an Insured under any law governing workers compensation, unemployment, social security, disability, medical, insurance, pension or retirement benefits;

4. based upon, arising out of, or attributable to the mechanical or electronic failure, breakdown or malfunction of any machine or systems of machines; provided this exclusion shall not apply to the extent such Claim relates to the Company's failure to maintain or have proper maintenance of such machine or system of machines;

5. based upon, arising out of, or attributable to the actual or proposed payment by the Company of allegedly inadequate

SEP-18-2006 22:48  From:WE FCU    15087554324    To:617 423 6917    P.30/46

The St.Paul

consideration in connection with the Company's purchase of securities issued by any Company; provided that this exclusion shall not apply to Defense Costs; or

6.  for an Employment Practices Act, Fiduciary Act, Lending Act, Professional Services Act, or Trust Act; provided this exclusion shall not apply to that part of Loss on account of any Claim for a Management Practices Act.

Received    Sep-19-00  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 032

St. Paul Travelers SelectOne℠
for Credit Unions

The St Paul

# EMPLOYMENT PRACTICES LIABILITY INSURING AGREEMENT

**IMPORTANT NOTE: THIS IS CLAIMS MADE COVERAGE. PLEASE READ THIS POLICY CAREFULLY.**

**This Policy is written on a claims made basis and covers only Claims first made during the Policy Period, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period. The Limit of Liability Available to pay judgments or settlements shall be reduced and may be exhausted by amounts incurred as Defense Costs. Retentions shall apply to Defense Costs.**

In consideration of payment of the premium and in reliance upon the statements made in the Application, which is made a part hereof and deemed attached hereto, and subject to the Declarations, the General Terms, Conditions and Limitations, and the limitations, conditions, provisions and other terms of this Policy, the Insurer and the Insureds agree as follows:

## Employment Practices Liability Coverage

The Insurer shall pay on behalf of the Insureds Loss for which the Insureds become legally obligated to pay on account of any Claim first made against them, individually or otherwise, during the Policy Period, the Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, for an Employment Practices Act taking place before or during the Policy Period, provided that such Claim is brought by or on behalf of any federal, state, provincial or local governmental body, or any past, present or prospective Employee, officer of the Company, Independent Contractor or Leased Employee.

## Duty To Defend Provision

If the Duty of the Insurer to Defend is selected as set forth in the Declarations, then subject to the provisions of the Defense and Settlement section of the General Terms, Conditions and Limitations, the Insurer shall have the right and duty to select counsel and defend any Claim covered by this Insuring Agreement. If the Duty of the Insureds to Defend is selected as set forth in the Declarations, then subject to the provisions of Defense and Settlement section of the General Terms, Conditions and Limitations, it shall be the duty of the

Insureds and not the duty of the Insurer to select counsel and defend any Claim covered by this Insuring Agreement.

## Extensions

### Outside Position Liability

Subject to all of its limitations, conditions, provisions and other terms, this Insuring Agreement covers any Director or Officer serving in an Outside Position. Any such coverage shall be specifically excess of any indemnity and insurance available from or provided by the entity in which the Director or Officer serves in the Outside Position. Payment by the Insurer, or any member company of The St. Paul Companies, Inc., under another policy as a result of a Claim against a Director or Officer in an Outside Position shall reduce, by the amount of such payment, the Each Insuring Agreement Limit of Liability for this Insuring Agreement set forth in the Declarations with respect to such Claim.

## Exclusions

### Exclusions Applicable to All Loss

The Insurer shall not be liable for Loss on account of any Claim made against any Insured:

1. based upon, arising out of, or attributable to any prior or pending written demand for monetary damages or non-monetary relief, administrative, regulatory or arbitration proceeding or civil or criminal litigation against any Insured as of the applicable Prior Litigation Date set forth in the Declarations, or the same or

SEP-18-2006 28:22 From:WG FCU    15087554324    TO:617 423 6917    P.32/46

Received   Sep-18-00 13:01   From-15087554324   To-WILSON ELSER MOSKOWI   Page 039

substantially the same facts, circumstances or situations underlying or alleged therein; provided this exclusion shall not apply to any Claim based upon, arising out of, or attributable to any facts, circumstances or situations underlying or alleged in any such prior or pending administrative proceeding before the Equal Employment Opportunity Commission or any similar federal, state, provincial or local government body if such administrative proceeding was brought by and on behalf of Employees who did not bring the Claim;

2. for an actual or alleged violation of, or any obligation of any Insured under, the Fair Labor Standards Act (except the Equal Pay Act), the National Labor Relations Act, the Worker Adjustment and Retraining Notification Act, the Consolidated Omnibus Budget Reconciliation Act of 1985, the Occupational Safety and Health Act, ERISA, any law governing workers' compensation, unemployment insurance, social security, or disability benefits, other similar provisions of any federal, state, provincial or local statutory law, common law or civil law anywhere in the world, or any amendments, rules or regulations promulgated under any of the foregoing; provided that this exclusion shall not apply to any Claim for any actual or alleged retaliation against a claimant on account of such claimant's exercise of rights pursuant to any such law, rule or regulation;

3. based upon, arising out of, or attributable to bodily injury, mental anguish, emotional distress, sickness, disease or death of any person, or damage to or destruction of any tangible property or any data including loss of use thereof, or false arrest, detention or imprisonment, malicious prosecution, wrongful entry, wrongful eviction, invasion of the right of private occupancy, discrimination, libel, slander, disparagement, or violation of a person or organization's right of privacy or publicity right; provided this exclusion shall not apply to a Claim for any actual or alleged mental anguish, emotional distress, discrimination, libel, slander, or invasion of privacy on account of an Employment Practices Act;

4. based upon, arising out of, or attributable to: (a) any actual or alleged violation of any federal, state, provincial, statutory law, common law, or civil law anywhere in the world relating to securities; or (b) any actual or alleged purchase, sale or distribution of or offer, representation or

agreement relating to securities; provided that this exclusion shall not apply to any Claim for any actual or alleged retaliation against a claimant on account of such claimant's actual, alleged or threatened: (a) refusal to violate any such securities laws; or (b) disclosure by such claimant of any actual or alleged violation of such securities laws;

5. based upon, arising out of, or attributable to liability of others assumed by the Insured under any contract or agreement, either oral or written; provided that this exclusion shall not apply to the extent that:

   (a) the Insured would have been liable for such Loss in the absence of the contract or agreement; or

   (b) the Company has agreed pursuant to the contract or agreement to indemnify a Leased Employee or Independent Contractor for such Loss, if coverage is provided for such Leased Employee or Independent Contractor under this Insuring Agreement;

6. for any actual or alleged breach of any express contract or agreement between the Company and any Independent Contractor governing the nature of the engagement of such Independent Contractor; or

7. for a Fiduciary Act, Lending Act, Management Practices Act, Professional Services Act or Trust Act; provided that this exclusion shall not apply to that part of Loss on account of any Claim for an Employment Practices Act.

**Exclusions Applicable to Loss Other than Defense Costs**

The Insurer shall not be liable for that part of Loss that constitutes:

1. amounts owed under a written contract or agreement; provided that this exclusion shall not apply to:

   (a) Defense Costs;

   (b) to the extent that the Insured would have been liable for such Loss in the absence of the contract or agreement; or

   (c) severance pay owed pursuant to a settlement agreement in a Claim for Loss otherwise covered hereunder if the Insurer consents to the inclusion

SEP-18-2006 22:46 From:WG FCU   15087554324   To:617 423 6917   P.33/46

TheSTPaul

of such severance pay in such settlement agreement;

2. compensation earned by the claimant in the course of employment but not paid by the Company including any unpaid salary, wages, or bonuses; provided that this exclusion shall not apply to:

   (a) back pay or front pay; or

   (b) Defense Costs; or

3. fringe benefits, deferred payments (including insurance premiums in connection with an employee benefit plan), stock, stock options or warrants, stock appreciation rights, or similar rights in securities or rights to purchase securities, or the value thereof, or other

perquisites, or any amounts that constitute severance pay pursuant to an express written obligation as part of employment termination; provided that this exclusion shall not apply to:

(a) medical, pension, disability, life insurance or other similar employee benefits or insurance premiums in connection with such employee benefit plans to the extent a judgment or settlement in a Claim for actual or constructive wrongful discharge or termination expressly includes a monetary amount for consequential damages representing such employee benefits or insurance premiums; or

(b) Defense Costs.

St. Paul Travelers SelectOne℠
for Credit Unions

The St Paul

## FIDUCIARY LIABILITY INSURING AGREEMENT

**IMPORTANT NOTE: THIS IS CLAIMS MADE COVERAGE. PLEASE READ THIS POLICY CAREFULLY.**

This Policy is written on a claims made basis and covers only Claims first made during the Policy Period, the Automatic Discovery Period or, if exercised, the Additional Extended Discovery Period. The Limit of Liability available to pay judgments or settlements shall be reduced and may be exhausted by amounts incurred as Defense Costs. The Retention shall apply to Defense Costs.

In consideration of payment of the premium and in reliance upon the statements made in the Application, which are made a part hereof and deemed attached hereto, and subject to the Declarations, the General Terms, Conditions and Limitations, and the limitations, conditions, provisions and other terms of this Policy, the Insurer and the Insureds agree as follows:

### Fiduciary Liability Coverage

The Insurer shall pay on behalf of the Insureds Loss for which the Insureds become legally obligated to pay on account of any Claim first made against them, individually or otherwise, during the Policy Period, the Automatic Discovery Period, or, if exercised, during the Additional Extended Discovery Period, for a Fiduciary Act by an Insured or by any person for whose Fiduciary Acts the Insured is legally responsible, taking place before or during the Policy Period.

### Duty To Defend Provision

If the Duty of the Insurer to Defend option is selected as set forth in the Declarations, then subject to the provisions of the Defense and Settlement section of the General Terms, Conditions and Limitations, the Insurer shall have the right and duty to select counsel and defend any Claim covered by this Insuring Agreement. If the Duty of the Insureds to Defend is selected as set forth in the Declarations, then subject to the provisions of the Defense and Settlement section of the General Terms, Conditions and Limitations, it shall be the duty of the Insureds and not the duty of the Insurer to select counsel and defend any Claim covered by this Insuring Agreement.

### Extensions

#### Voluntary Compliance Program Coverage

If Voluntary Compliance Program Coverage is granted as set forth in the Declarations, and if the Insurer receives during the Policy Period, Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, prior written notice from the Insureds, of the Insureds intent to enter into a Voluntary Compliance Program or similar voluntary settlement program administered by the Internal Revenue Service of the United States of America or any other governmental body, the Insurer shall pay up to $100,000 on behalf of the Insureds for any fees, penalties or sanctions, other than the cost of corrections, imposed by law under any such Voluntary Compliance Program or similar voluntary settlement program entered into by the Insureds that any Insured becomes legally obligated to pay as a result of a covered Fiduciary Act taking place before or during the Policy Period. This extension of coverage shall be part of, and not in addition to, the Each Insuring Agreement Limit of Liability for this Insuring Agreement set forth in the Declarations, and no Retention shall apply to this extension of coverage.

### Exclusions

#### Exclusions Applicable to All Loss

The Insurer shall not be liable for Loss on account of any Claim made against any Insured:

1.  based upon, arising out of, or attributable to any prior or pending written demand

for monetary damages or non-monetary relief, administrative or arbitration proceeding, civil or criminal litigation, or any fact-finding investigation by the Department of Labor or the Pension Benefit Guaranty Corporation against any Insured as of the applicable Prior Litigation Date set forth in the Declarations, or the same or substantially the same facts, circumstances or situations underlying or alleged therein;

2. for discrimination in violation of any law other than ERISA;

3. for liability of the Insured under any contract or agreement; provided that this exclusion shall not apply to the extent:

   (a) the Insured would have been liable in the absence of such contract or agreement; or

   (b) the liability was assumed in accordance with or under the trust agreement or equivalent document pursuant to which the Plan was established;

4. based upon, arising out of, or attributable to any actual or alleged obligation of an Insured under any law governing workers compensation, unemployment, social security or disability benefits, except the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended;

5. based upon, arising out of, or attributable to bodily injury, mental anguish, emotional distress, sickness, disease or death of any person, or damage to or destruction of any tangible property or any data including loss of use thereof, or false arrest, detention or imprisonment, malicious prosecution, wrongful entry, wrongful eviction, invasion of the right

of private occupancy, libel, slander, disparagement, or violation of a person or organization's right of privacy or publicity right; or

6. for an Employment Practices Act, Lending Act, Management Practices Act, Professional Services Act, or Trust Act; provided that this exclusion shall not apply to that part of Loss on account of any Claim for a Fiduciary Act.

**Exclusions Applicable to Loss Other Than Defense Costs**

The Insurer shall not be liable for that part of Loss that constitutes:

1. (a) benefits due or to become due under any Plan;

   (b) benefits which would be due under any Plan if such Plan complied with all applicable law; or

   (c) that portion of any settlement or judgment which constitutes benefits; provided this shall not apply to the extent that recovery for such benefits is based upon a covered Fiduciary Act by an Insured Person and such benefits are payable as a personal obligation of such Insured Person;

   provided that this exclusion shall not apply to Defense Costs; or

2. contributions owed by the Company to any Plan for which any of the Insureds failed to collect, unless such failure is because of the negligent act, error or omission of an Insured solely in the Administration of a Plan; provided that this exclusion shall not apply to Defense Costs.

Received    Sep-18-06   13:01     From-15087554324     To-WILSON ELSER MOSKOWI    Page 037

# CREDIT UNION SECURITY INTEREST IMPAIRMENT COVERAGE ENDORSEMENT – MANAGEMENT LIABILITY INSURING AGREEMENT

The St.Paul

In consideration of the premium charged, it is understood and agreed that:

1. The following is added to the Limits of Liability, Retentions, and Prior Litigation Date sections set forth in the Declarations, and amends such sections, notwithstanding anything to the contrary:

(Only items with an X in the box apply)

## ☒ LIMITS OF LIABILITY

**EACH INSURING AGREEMENT LIMIT OF LIABILITY**

**Management Liability Insuring Agreement:**

Credit Union Security Interest Impairment Coverage

$15,000.00     each Instrument or security interest

$30,000.00     Each Policy Year all Instruments and security interests

**Note: The Limit of Liability for Credit Union Security Interest Coverage is part of and not in addition to the Limit of Liability for the Management Liability Insuring Agreement.**

## ☒ RETENTIONS

**Management Liability Insuring Agreement:**

Credit Union Security Interest Impairment Coverage

$1,000.00   each Impairment resulting from, or each Claim based upon, arising out of, or attributable to, a Security Interest Act

## ☒ PRIOR LITIGATION DATE

**Management Liability Insuring Agreement:**

Credit Union Security Interest Impairment Coverage Prior Litigation Date as respects any Impairment resulting from, or Claim based upon, arising out of, or attributable, to a Security Interest Act

2. The following coverage is added to the Management Liability Insuring Agreement:

**Credit Union Security Interest Impairment Coverage**

The Insurer shall:

(a) reimburse the Company for any Impairment of the Company's security interest in real or personal property resulting from; or

(b) pay on behalf of the Company Loss for which the Company becomes legally obligated to pay on account of any Claim first made against the Company during the Policy Period, the Automatic Discovery Period, or if exercised, the Additional Extended Discovery Period, for;

a Security Interest Act taking place before or during the Policy Period.

3. The following is added to the Definitions of this Policy's General Terms, Conditions and Limitations:

**Impairment** means a decrease in value of secured property caused by direct, accidental physical damage or destruction of the property, provided that the value of the secured property, after such damage or destruction has occurred, is less than the Outstanding Loan Balance.

---

**Name of Insured**                     **Policy Number** EC06900190          **Effective Date** 04/01/05

W. G.   FEDERAL CREDIT UNION                                  **Processing Date** 06/10/05   14:11   001

CU101 Ed. 5-04 Printed In U.S.A.                    Endorsement
© St. Paul Fire and Marine Insurance Co. 2004 All Rights Reserved                    Page 1 of 4

SEP-18-2006 22:43 From:WG FCU    15087554324    To:617 423 6917    P.37/46

Received    Sep-19-00 13:01    To-WILSON ELSER MOSKOWI    Page 038    From-15087554324

**The St. Paul**

**Instrument** means a certificate of title, deed, chattel mortgage, security agreement, financing statement, real estate mortgage, conditional bill of sale, chattel trust deed, purchase agreement, deed of trust, conditional sales contract, bill of sale to secure debt, abstract of title, promissory note, or any other writing evidencing, creating or reserving a lien or security interest in personal property or real property.

**Outstanding Loan Balance** means the balance due the Company on any loan, lease or extension of credit on the date of the Impairment or Loss less:

(a) unearned insurance, interest and other carrying charges;

(b) payments that are more than 90 days past due; and

(c) any penalties or other charges which may have been added to the balance after the inception of the loan, lease or extension of credit.

If two or more items of property are secured by the same loan, lease or extension of credit, the Outstanding Loan Balance is the pro rata part of the Outstanding Loan Balance that each item of property represents.

**Security Interest Act** means any error, misstatement, misleading statement, act, omission, neglect or breach of duty actually or allegedly committed or attempted by any Insured Person or Employee in connection with or related to:

(a) taking, preparing, maintaining, filing or recording of any instrument to secure a loan, lease or extension of credit made by the Company; or

(b) securing or causing to be secured property insurance on any personal or real property in which the Company has a security interest attendant to a loan, lease or extension of credit made by the Company.

4. The following replaces the definition of Wrongful Act in the Definitions section of the General Terms, Conditions and Limitations:

**Wrongful Act** means Employment Practices Act, IRA/Keogh Act, Fiduciary Act, Lending Act, Management Practices Act, Professional Services Act, Security Interest Act and Trust Act, but only to the extent such coverage is granted for

such acts pursuant to an Insuring Agreement made part this Policy

5. The following replaces the preamble in the Exclusions Applicable to All Insuring Agreements and to All Loss subsection of the General Terms Conditions and Limitations and the Exclusions Applicable to All Coverages of This Insuring Agreement subsection of any Management Liability Insuring Agreement made part of this Policy:

The Insurer shall not:

(a) be liable for Loss on account of any Claim made against any Insured; or

(b) with respect to subpart (a) of the **Credit Union Security Interest Impairment Coverage** under any Management Liability Insuring Agreement made part of this Policy, cover Loss:

6. The following subsection is added to the Exclusions section of any Management Liability Insuring Agreement made part of this Policy:

**Exclusions Applicable to Credit Union Security Interest Impairment Coverage**

The Insurer shall not:

(a) be liable for Loss on account of any Claim made against any Insured; or

(b) with respect to subpart (a) of the **Credit Union Security Interest Impairment Coverage** under any Management Liability Insuring Agreement made part of this Policy, cover Loss:

(i) which is subject to insurance under any policy or bond providing coverage for fidelity, crime, surety or faithful performance loss;

(ii) based upon, arising out of, or attributable to any failure to give any notice under any insurance policy; provided this exclusion does not apply to failure to give notice required for securing or maintaining in force any insurance policy;

(iii) based upon, arising out of, or attributable to over crediting or share accounts, overpaying of dividends or other accounting errors;

(iv) based upon, arising out of, or attributable to any intentional act or omission of any Insured if such Insured

SEP-18-2006 22:43 From:WG FCU    15087554324    To:617 423 6917    P.38/46

Received   Sep-18-06  13:01        From-15087554324        To-WILSON ELSER MOSKOWI   Page 039

The St Paul

knows that such act or omission is in violation of the rules, regulations or procedures adopted or promulgated by the board of directors or any committee of the Company, or any state or federal supervisory authority;

(v) based upon, arising out of, or attributable to any rule, regulation, procedure or other management policy or decision established by the board of directors or any committee of the Company, or the failure the board of directors or any committee of the Company to establish any such rule, regulation, procedure or management decision, whether or not such rule, regulation, procedure or management decision is required or prohibited by the charter or by-laws of the Company, or by any state or federal law or any state or federal regulatory or supervisory authority; provided this exclusion does not apply if the Impairment or Loss results solely from a negligent act, error or omission of any Insured in carrying out such rule, regulation, procedure or management decision; or

(vi) based upon, arising out of, or attributable to any prior or pending written demand for monetary damages or non-monetary relief, administrative or regulatory proceeding or civil or criminal litigation as of the applicable Prior Litigation Date set forth in the Declarations, or the same or substantially the same facts, circumstances or situations underlying or alleged therein.

7. The following replaces the third paragraph of the Each Insuring Agreement Limit of Liability and Policy Year Total Limit of Liability subsection of this Policy's General Terms, Conditions and Limitations:

The Insurer's maximum aggregate liability for Loss on account of all Claims covered under the Insuring Agreements that are subject to the Policy Year Total Limit of Liability, as set forth in the Insuring Agreements Subject to Policy Year Total Limit of Liability section of the Declarations of this Policy, that are first made against the Insureds during the same Policy Year, including the Automatic Discovery Period and, if exercised, the Additional Extended Discovery Period, combined and also including the Insurer's maximum aggregate liability for Loss on account of all Impairment of the Company's security interests covered under the Management Liability Insuring

Agreement, whether such Claims or Impairment are covered under one or more of such Insuring Agreements made part of this Policy, shall be the Policy Year Total Limit of Liability set forth in the Declarations. The Policy Year Total Limit of Liability shall be reduced and may be exhausted by payment of Loss under any such Insuring Agreements made part of this Policy. Defense Costs shall be part of, and not in addition to, the Policy Year Total Limit of Liability set forth in the Declarations, and Defense Costs shall reduce and may exhaust such Policy Year Total Limit of Liability.

8. The following replaces the fifth paragraph of the Each Insuring Agreement Limit of Liability and Policy Year Total Limit of Liability subsection of this Policy's General Terms, Conditions and Limitations:

If Loss arising from a single Claim, or Impairment with respect to a security interest, is covered under more than one Insuring Agreement made part of this Policy, the applicable Each Insuring Agreement Limit of Liability shall apply separately to each part of such Loss.

9. The following is added to the Each Insuring Agreement Limit of Liability and Policy Year Total Limit of Liability subsection of this Policy's General Terms, Conditions and Limitations:

The Limit of Liability for **Credit Union Security Interest Impairment Coverage** shall be part of, and not in addition to, the Each Insuring Agreement Limit of Liability for the Management Liability Insuring Agreement. Payment of Loss under the **Credit Union Security Interest Impairment Coverage** shall reduce and may exhaust the Each Insuring Agreement Limit of Liability for the Management Liability Insuring Agreement.

The Insurer's maximum liability for Impairment or Loss under the **Credit Union Security Interest Impairment Coverage** with respect to each Instrument or security interest, shall be the amount set forth in the each Instrument or security interest limit in the Limits of Liability section of the Declarations, provided that the Insurer's maximum liability for Impairment or Loss under the **Credit Union Security Interest Impairment Coverage** with respect to all Instruments or security interests, combined, shall be the amount set forth in the Each Policy Year all Instruments and security interests limit

SEP-18-2006 22:43 From:WG FCU        15087554324        To:617 423 5917        P.39/46

Received    Sep-18-00 13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 040

**The St. Paul**

in the Limits of Liability section of
Declarations.

10. The following replaces the first
paragraph of the Retentions subsection
of this Policy's General Terms,
Conditions and Limitations:

Except as otherwise provided in this
Limits of Liability, Retention and
Coinsurance section, the Insurer's
liability with respect to Loss arising
from each Claim, or Impairment with
respect to each security interest, shall
apply only to that part of Loss   or
Impairment which is excess of the
applicable Retention set forth in the
Declarations, and such Retention  shall
be borne by the Company uninsured and
at its own risk.

11. The following replaces the fourth
paragraph of the Retentions subsection
of this Policy's General Terms,
Conditions and Limitations:

If Loss arising from a single Claim, or
Impairment with respect to a security
interest, is subject to   more than one
Retention, the applicable Retention shall
be applied separately to each part of
such Loss or Impairment, but the largest
applicable Retention set forth in the
Declarations shall be   the   maximum
Retention applicable to all Loss arising
from such Claim, or all Impairment with
respect to  such security interest. If a
single  Retention  applies  to  multiple

Insureds, the Retention shall be pro-rated
among such Insureds.

12. The following section is added to the
General Terms, Conditions and
Limitations of this Policy:

**Company's Duties on Discovery of a Security
Interest Act**

Upon discovery of any Security Interest
Act which may result in Impairment or
Loss which would be covered under the
**Credit Union Security Interest Impairment
Coverage** under any Management Liability
Insuring Agreement made part of this
Policy, the Company shall promptly take
at its own expense all reasonable steps
to prevent any such Impairment or Loss
from occurring, but such expense shall
not be recoverable under the **Credit Union
Security Interest Impairment Coverage.**

The Company shall, at the direction of
the Insurer, either before or after
reimbursement by the Insurer, exhaust all
of its rights of recovery against the
party or parties obligated to make
payments under the instrument or loan,
lease or extension of credit at issue.


All other terms of your policy remain the
same.

CU101 Ed. 5-04 Printed in U.S.A.
Page 4 of 4              © St. Paul Fire and Marine Insurance Co. 2004 All Rights Reserved

SEP-18-2006 22:44 From:WG FCU    15087554324    To:617 423 6917    P.40/46

Received    Sep-18-06 13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 041

# INSURANCE AGENTS EXCLUSION ENDORSEMENT – MANAGEMENT LIABILITY INSURING AGREEMENT

The St.Paul

In consideration of the premium charged, it is understood and agreed that the following exclusion is added to the Exclusions Applicable to All Coverages of This Insuring Agreement subsection of the Management Liability Insuring Agreement made part of this Policy:

The Insurer shall not be liable for Loss on account of any Claim made against any Insured:

(a) based upon, arising out of, or attributable to the rendering of, or failure to render, any advice relating to insurance or reinsurance;

(b) based upon, arising out of, or attributable to the placement of, or failure to place, any insurance or reinsurance;

(c) based upon, arising out of, or attributable to the processing of, or failure to process, any insurance or reinsurance claim; or

(d) brought or maintained by or on behalf of any insurance or reinsurance company.

All other terms of your policy remain the same.



SEP-18-2006 22:44 From:WE FCU    15087554324    To:617 423 5917    P.41/46

Received   Sep-18-06  13:01    To-WILSON ELSER MOSKOWI    Page 042    From-15087554924

**CLAIMS BY VOLUNTEERS AND COMMITTEE MEMBERS EXTENSION ENDORSEMENT –**
**EMPLOYMENT PRACTICES LIABILITY INSURING AGREEMENT**

The St.Paul



In consideration of the premium charged, it is understood and agreed that the following is added to the Extensions section of the Employment Practices Liability Insuring Agreement made part of this Policy:

The coverage provided by the **Employment Practices Liability Coverage** is extended to include:

Loss for which the Insureds become legally obligated to pay on account of any Claim first made against them, individually or otherwise, during the Policy Period, the Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, for an Employment Practices Act taking place before or during the Policy Period, provided that such Claim is brought by or on behalf of any Volunteer or Committee Member of any Subsidiary that is a Non-Profit Entity.

All other terms of your policy remain the same.

SEP-18-2006 22:44 From:WG FCU   1508755492324   To:617 423 6917   P.42/46

Received  Sep-19-06  13:01    From-15087566424    To-WILSON ELSER MOSKOWI    Page 043

# COMPANY IRA/KEOGH ACT LIABILITY COVERAGE ENDORSEMENT – MANAGEMENT LIABILITY INSURING AGREEMENT

**The St Paul**

CC: 000 0590

001

00 1. 000 T.

00 : N:

* 7 B C 0 1 :E0G900019C 1793

In consideration of the premium charged, it is understood and agreed that:

1. The following coverage is added to the Management Liability Insuring Agreement:

**Company IRA/Keogh Act Liability Coverage**

The Insurer shall pay on behalf of the Company Loss for which the Company becomes legally obligated to pay on account of any Claim first made against the Company during the Policy Period, the Automatic Discovery Period, or, if exercised, the Additional Extended Discovery Period, for an IRA/Keogh Act taking place before or during the Policy Period.

2. The following is added to the Limits of Liability, Retentions, Coinsurance and Prior Litigation Date sections set forth in the Declarations, and amends such sections, notwithstanding anything to the contrary:

(Only items with an X in the box apply)

☒ **LIMITS OF LIABILITY**

**EACH INSURING AGREEMENT LIMIT OF LIABILITY**

**Management Liability Insuring Agreement:**

Company IRA/Keogh Act Liability Coverage

$1,250,000.00   Each Policy Year

**Note:** The Limit of Liability for Company IRA/Keogh Act Liability Coverage is part of and not in addition to the Limit of Liability for

the Management Liability Insuring Agreement.

☒ **RETENTIONS**

**Management Liability Insuring Agreement:**

Company IRA/ Keogh Act Liability Coverage

$5,000.00   each Claim as respects any Loss on account of any Claim made against the Company based upon, arising out of, or attributable to an IRA/Keogh Act

☐ **COINSURANCE PERCENT APPLICABLE TO EACH INSURING AGREEMENT**

**Management Liability Insuring Agreement:**

Company IRA/Keogh Act Liability Coverage

_____ % as respects any Loss on account of any Claim made against the Company based upon, arising out of, or attributable to an IRA/Keogh Act

☒ **PRIOR LITIGATION DATE**

**Management Liability Insuring Agreement:**

Company IRA/Keogh Act Liability Coverage Prior Litigation Date as respects any Claim based upon, arising out of, or attributable to an IRA/Keogh Act 4/1/02

3. The following is added to the Each Insuring Agreement Limit of Liability and Policy Year Total Limit of Liability subsection of this Policy's General Terms, Conditions and Limitations:

---

**Name of Insured**
W. G. FEDERAL CREDIT UNION

**Policy Number** EC06900190

**Effective Date** 04/01/05
**Processing Date** 06/10/05   14:11   001

CB101 Ed. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement

Page 1 of 2

SEP-18-2006 22:44 From:WG FCU    15087554324    To:617 423 6917    P.43/46

Received   Sep-18-00 13:01   From-15087554924   To-WILSON ELSER MOSKOWI   Page 044

**The St.Paul**

The Limit of Liability for **Company IRA/Keogh Act Liability Coverage** shall be part of, and not in addition to, the Each Insuring Agreement Limit of Liability for the Management Liability Insuring Agreement. Payment of Loss under the **Company IRA/Keogh Act Liability Coverage** shall reduce and may exhaust the Each Insuring Agreement Limit of Liability for the Management Liability Insuring Agreement.

4. The following exclusions are added to the Exclusions section of the Management Liability Insuring Agreement:

**Exclusions Applicable to Company IRA/Keogh Act Liability Coverage:**

The Insurer shall not be liable under the **Company IRA/Keogh Act Liability Coverage** for Loss on account of any Claim made against the Company:

(Only items with an X in the box apply)

☐ based upon, arising out of, or attributable to any fact, circumstance or situation which has been the subject of any written notice given under any policy of which the **Company IRA/Keogh Act Liability Coverage** is a direct or indirect renewal or replacement.

☐ based upon, arising out of, or attributable to any IRA/Keogh Act taking place before the effective date of the **Company IRA/Keogh Act Liability Coverage.**

☐ based upon, arising out of, or attributable to

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

SEP-18-2006 22:44 From:WG FCU   15087554924   To:617 423 6917   P.44/46

Received    Sep-18-06  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page  045

**EMPLOYMENT PRACTICES ACT, LENDING ACT, PROFESSIONAL SERVICES ACT OR TRUST ACT EXCLUSION ENDORSEMENT – MANAGEMENT LIABILITY INSURING AGREEMENT**

The St Paul

In consideration of the premium charged, it is understood and agreed that the following exclusions are added to the Exclusions section of the Management Liability Insuring Agreement:

**Exclusions Applicable to Directors and Officers Individual Coverage or Company Indemnification Coverage**

The Insurer shall not be liable under the **Directors and Officers Individual Coverage** or the **Company Indemnification Coverage** for Loss on account of any Claim made against any Insured Person for:

(Only items with an X in the box apply)

☒ an Employment Practices Act; provided that this exclusion shall not apply to that part of Loss on account of any Claim for a Management Practices Act;

☐ a Lending Act; provided that this exclusion shall not apply to that part of Loss on account of any Claim for a Management Practices Act;

☐ a Professional Services Act; provided that this exclusion shall not apply to that part of Loss on account of any Claim for a Management Practices Act;

☐ for a Trust Act; provided that this exclusion shall not apply to that part of Loss on account of any Claim for a Management Practices Act;

All other terms of your policy remain the same.

| Name of Insured | Policy Number EC06900190 | Effective Date 04/01/05 |
|---|---|---|
| W. G.   FEDERAL CREDIT UNION | | Processing Date 06/10/05   14:11   001 |

CB108 Ed. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement

Page 1 of 1

SEP-18-2006 22:44 From:WG FCU     15087554324     To:617 423 6917     P.45/46

Received    Sep-18-00  13:01    From-15087554324    To-WILSON ELSER MOSKOWI    Page 040    040

# INSURANCE AGENTS EXCLUSION ENDORSEMENT – LIMITED EXCEPTION FOR TRUST ACTS – MANAGEMENT LIABILITY INSURING AGREEMENT

**The St Paul**

In consideration of the premium charged, it is understood and agreed that the following is added to the Exclusions section of the Management Liability Insuring Agreement:

**Exclusions Applicable to Directors and Officers Individual Coverage or Company Indemnification Coverage**

The Insurer shall not be liable under the **Directors and Officers Individual Coverage** or the **Company Indemnification Coverage** for Loss on account of any Claim made against any Insured Person:

    (a) for the rendering of, or failure to render, any advice relating to insurance or reinsurance;

    (b) for the placement of, or failure to place, any insurance or reinsurance;

    (c) for the processing of, or failure to process, any insurance or reinsurance claim; or

    (d) brought or maintained by or on behalf of any insurance or reinsurance company;

provided this exclusion shall not apply to a Claim on account of a Trust Act involving the Insured's customary procedure of procuring and maintaining valid insurance (except insurance for title, life, health, fidelity and surety bonds, flood insurance or workers' compensation).

All other terms of your policy remain the same.

**CB110 Ed. 10-02 Printed in U.S.A.**
@St Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement

Page 1 of 1