UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LABADIE and ) | |
| SUSAN CARCIERI, ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-40148 FDS |
| ) | |
| DANIEL ROSARIO, STANLEY ) | |
| CARPENTER, BRIAN HACKETT, ) | |
| W-G FEDERAL CREDIT UNION, ) | |
| DEBORAH BEANDO, JOHN DOE 1, ) | |
| JOHN DOE 2, JOHN DOE 3, JOHN DOE 4,) | |
| JOHN DOE 5, and ) | |
| THE CITY OF WORCESTER, ) | |
| A Municipal Corporation, ) | |
|     Defendants ) | |

REQUIRED INITIAL DISCLOSURES OF DEFENDANTS
DANIEL ROSARIO, BRIAN HACKETT and CITY OF WORCESTER

    Now come Defendants Daniel Rosario, Brian Hackett and City of Worcester to provide the required initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

    A.    <u>Individuals Likely To Have Discoverable Information In Support Of Defendants' Claims Or Defenses</u>:

        1. Peter Towler, Worcester Police Officer
           9-11 Lincoln Square
           Worcester, MA
           (508) 799-8600
           Subject: Response to 911 call at Credit Union and observations regarding robbery scene, including observations of Carcieri.

        2. Michael Gervais, Worcester Police Officer
           9-11 Lincoln Square
           Worcester, MA
           (508) 799-8600
           Subject: Response to 911 call at Credit Union and observations regarding robbery scene, including observations of Carcieri.

3. Detective Cullina, Worcester Police Officer
   9-11 Lincoln Square
   Worcester, MA
   (508) 799-8600
   Subject:  Robbery investigation and interview of Brown.

4. Detective Brian Hackett, Worcester Police Officer
   9-11 Lincoln Square
   Worcester, MA
   (508) 799-8600
   Subject:  Robbery investigation and interviews of Carcieri and Brown.

5. Det. Sgt. Faith Roche, Worcester Police Officer
   9-11 Lincoln Square
   Worcester, MA
   (508) 799-8600
   Subject:  Robbery investigation and interview of Carcieri.

6. Attorney John Altomare
   11 Foster Street
   Worcester, MA 01608
   (508) 798-3771
   Subject: Attended police interview with Carcieri.

7. Judith Brown (Carcieri's sister)
   521 Grafton St., 2d fl.
   Worcester, MA
   Subject: Observations of, and conversations with, Labadie on the day of the robbery stashing money in the siding of the residence at 521 Grafton St; statement to Worcester Police; knowledge of robbery plan and execution by Carcieri and Labadie; knowledge of whereabouts of stolen money; conversations with Carcieri and Labadie regarding the foregoing.

8. Susan Carcieri
   521 Grafton St., 1st fl.
   Worcester, MA
   Subject: Details of robbery plan, execution, and whereabouts of stolen money; and statements to Worcester Police.

9. Det. Daniel Rosario, Worcester Police Officer
   9-11 Lincoln Square
   Worcester, MA
   (508) 799-8600
   Subject:  Robbery investigation and execution of search warrants.

10. Det. Sgt. Michael Towner, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: Robbery investigation and interview of Carcieri.

11. George Labadie a/k/a John Davis
    521 Grafton St., 1st fl.
    Worcester, MA
    Subject: Details of robbery plan, execution, and whereabouts of stolen money.

12. Attorney John Wickstrom
    Main Street
    Worcester, MA
    Subject: Accompanied Judith Brown to WPD to provide a statement.

13. Det. James Quinn, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: Execution of search warrant; discovery of money at Plaintiffs' home.

14. Lt. David Grady, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: evidence recovery at Wyman Gordon Credit Union.

15. Detective Walter Murray, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: evidence recovery at Wyman Gordon Credit Union and 521 Grafton Street.

16. Det. Michael Harris, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: evidence recovery at Wyman Gordon Credit Union.

17. Det. Janis Ford, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: evidence recovery at Wyman Gordon Credit Union.

18. Det. Stanley Carpenter, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: evidence recovery at Wyman Gordon Credit Union.

19. Det. James Heffernan, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: evidence recovery at Wyman Gordon Credit Union.

20. A.D.T. Alarm Company
    Subject: 911 calls and alarm records.

21. Deborah Beando, Wyman Gordon
    530 Grafton Street
    Worcester, MA
    Subject: conversations with Carcieri; observations of police interaction with Carcieri; information pertaining to stolen money and crime scene; and, information pertaining to Carcieri's employment.

22. Sgt. Thomas Radula, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: evidence recovery at 521 Grafton Street.

23. Det. William Hinson, Worcester Police Officer
    9-11 Lincoln Square
    Worcester, MA
    (508) 799-8600
    Subject: interview of Labadie.

24. Susan Carcieri's daughter
    521 Grafton Street
    Worcester, MA
    Subject: information relative to Carcieri's interview at Wyman Gordon Credit Union; and information relative to the robbery.

25. Marian Papetti, coworker of Judith Brown
    Address unknown
    Subject: information about the robbery

26. Judith Brown's sister Nora
    Address unknown
    Subject: information about the robbery

27. Judith Brown's sister Katherine
    Address unknown
    Subject: information about the robbery

28. Yassar Aldarwcher, owner of Gourmet Donut Shops
    Address unknown
    Subject: information relative to business venture entered into by Labadie after the robbery, though Labadie did not have the capital to enter into the venture prior to the robbery.

29. Judith Paladino, owner of check cashing business
    Address unknown
    Subject: information on several money order purchases made by Labadie shortly after the robbery.

30. Rule 30(b)(6) representative of the Massachusetts State Lottery Commission
    Subject: information regarding Labadie's debts to the Commission and his ability to pay those debts after the robbery.

B.  <u>Documents In Support Of Defendants' Claims Or Defenses</u>:

1. Incident reports regarding the robbery of the Wyman Gordon Credit Union – Worcester Police Department;

2. Evidence recovery reports relative to Credit Union and 521 Grafton Street – Worcester Police Department;

3. Interview statements – Worcester Police Department;

4. Search Warrants – District Attorney's Office;

5. 911 call tape – Worcester Police Department;

6. Records relating to stolen money and proof of loss by Wyman Gordon Credit Union – Worcester Police Department and Wyman Gordon Credit Union;

5

7. Records relating to Carcieri's employment with Wyman Gordon Credit Union – Wyman Gordon Credit Union;

8. Records relating to the criminal prosecution of Plaintiffs – District Attorney's Office and Worcester Superior Court;

9. Plaintiffs' financial records, including bank statements and debt payments; and

10. Records pertaining to alleged interference with Plaintiffs' business relations and pertaining to business ventures.

C. <u>Damages</u>:

Rule 11 sanctions for the filing of a frivolous lawsuit. Defendants will supplement this response.

D. <u>Insurance Agreement</u>:

Not applicable.

DEFENDANTS DANIEL ROSARIO,
BRIAN HACKETT and
CITY OF WORCESTER,

By their attorneys,

David M. Moore
City Solicitor


/s/ Janet J. McGuiggan
Janet J. McGuiggan (BBO #630013)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

## CERTIFICATE OF SERVICE

      I, Janet J. McGuiggan, hereby certify that I have served the within Required Initial Disclosures of Defendants Daniel Rosario, Brian Hackett and City of Worcester upon all parties of record by mailing a copy of the same, postage prepaid, to the following counsel this 19th day of September, 2006:

| | |
|---|---|
| Robert A. Scott, Esq. | William T. Bogaert, Esq. |
| Law Office of Hector Pineiro | Wilson, Elser, Moskowitz, Edelman & Dicker |
| 807 Main Street | 155 Federal Street, 5th Fl. |
| Worcester, MA 01610 | Boston, MA 02110-4737 |

      /s/ Janet J. McGuiggan
      Janet J. McGuiggan
      Assistant City Solicitor