UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                                          CIVIL ACTION NO. 05-40148 FDS

| | |
|---|---|
| GEORGE LABADIE and SUSAN CARCIERI,<br>    Plaintiffs<br><br>v.<br><br>DANIEL ROSARIO, STANLEY CARPENTER, BRIAN HACKETT, W-G FEDERAL CREDIT UNION, DEBORAH BEANDO, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and THE CITY OF WORCESTER, a Municipal Corporation,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

  Now come the plaintiffs, George Labadie and Susan Carcieri and provide the initial required disclosures pursuant to Fe. R. Civ. P. 26(a)(1):

 A. Individuals likely to have Discoverable information in Support of Plaintiff's Claims or defenses:

 1. Susan Carcieri
   521 Grafton Street
   Worcester, MA
   Tel number witheld
   Subject: Her innocence in connection with trumped up criminal charges and indictment brought against her in connection with her employment at the W-G Credit Union. She will also testify that she was robbed by an unknown assailant at the W-G Credit Union. She will also testify as to her and her husband's business and financial affairs. She will also testify as to the damages that she and her husband suffered as a result of the defendants' conduct.

 2. George Labadie
   521 Grafton Street
   Worcester, MA
   Telephone number witheld
   Subject: His innocence and that of her wife in connection with trumped criminal charges and indictments brought against him and his wife as a result of an allegation of theft at the W-G Credit Union. He will also testify as to his

1

and his wife's financial affairs in business that they had. He will also testify as to the damages that he and his wife suffered as a result of the defendants' conduct.

3. John M. Altomare
   11 Foster Street
   Worcester, MA 01610
   Tel (508) 798-3771

   Subject: Has information regarding having accompanied Susan Carcieri to give a statement at the Worcester Police Department detectives and how he advised Carcieri not to sign a statement and how he gave the interrogating detective his business card and insisted that he be contacted if there was to be any future and further interrogation of Susan Carcieri.

4. Peter Towler, Worcester Police Officer
   Worcester Police Department
   9-11 Lincoln Street
   Worcester, MA 01608

   Subject: Has information regarding a robbery at the Credit Union.

5. Michael Gervais, Worcester Police Officer
   Worcester Police Department
   9-11 Lincoln Street
   Worcester, MA 01608

   Subject: Has information regarding a robbery at the Credit Union.

6. Detective Cullina, Worcester Police Officer
   Worcester Police Department
   9-11 Lincoln Street
   Worcester, MA 01608

   Subject: Has information regarding a robbery at the Credit Union and interview of Ms. Brown.

7. Detective Brian Hackett, Worcester Police Officer
   Worcester Police Department
   9-11 Lincoln Street
   Worcester, MA 01608

   Subject: He is a defendant in this case and participated in a robbery investigation and conducted interviews of Mrs. Carcieri and Ms. Brown.

8.  Detective Sgt. Faith Roche, Worcester Police Officer
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: She participated in in a robbery investigation and participated in an interview of Mrs. Carcieri.

9.  Detective Sgt. Faith Roche, Worcester Police Officer
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: She participated in in a robbery investigation and participated in an interview of Mrs. Carcieri.

10. Judith Brown (Carcieri's sister)
    521 Grafton Street Apt. 2
    Worcester, MA

    Subject: Conversations with her sister, with Mr. Labadie, her state of mind, her mental capacity and her motives in making statement to the Worcester Police.

11. Detective Daniel Rosario
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: He is a defendant.  He also participated in a robbery investigation and execution of search warrants and in the trashing of the plaintiff's property. He will also testify as to the confiscation of monies that belonged to the plaintiffs.

12. Detective Sgt. Michael Towner
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation and interviews of Carcieri.

13. Detective James Quinn,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

       Subject: robbery investigation, execution of search warrant; and wrongful confiscation of monies that belonged to the plaintiffs.

14. Detective Lt. David Grady,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation, evidence recovery at Wyman and Gordon Credit Union.

15. Detective Walter Murray,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation, evidence recovery at Wyman and Gordon Credit Union.

16. Detective Michael Harris,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation, evidence recovery at Wyman and Gordon Credit Union.

17. Detective Janis Ford,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation, evidence recovery at Wyman and Gordon Credit Union.

18. Detective Stanley Carpenter,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation, evidence recovery at Wyman and Gordon Credit Union.  He is also a defendant in this action.

19. Detective James Heffernan,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation, evidence recovery at Wyman and Gordon Credit Union.

20. Sgt. Thomas Radula,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation, evidence recovery at Wyman and Gordon Credit Union.

21. Det. William Hinson,
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: robbery investigation, and interview of the plaintiff George Labadie.

22. Deborah Beando, Wyman & Gordon,
    530 Grafton Street
    Worcester, MA

    Subject: She is a defendant in this case, had conversations with the plaintiff Susan Carcieri and interacted with police and detectives. Beando conspired with other defendants to violate the plaintiff's civil rights and engaged in extreme and outrageous conduct.

23. Franca Michaelson,
    W-G Credit Union
    530 Grafton Street
    Worcester, MA

    Subject: She is a former co-worker of the plaintiff Susan Carcieri and a teller and will testify as a percipient witness on the premises of the Credit Union when police detained and interrogated Ms. Carcieri there.

24. Rule 30(b)(6) of Internal Affairs Dept.
    Worcester Police Department
    9-11 Lincoln Street
    Worcester, MA 01608

    Subject: Rule 30(b)(6) of the Worcester Police Department Internal Affairs Unit regarding any and all formal and/or informal complaints filed at any time against any of the defendants Worcester Police Officers and of any officers participating in any of the interviews of the plaintiffs, execution of the search warrants, in the destruction of the plaintiff's real property and in the confiscation of any monies.

25. Yassar Aldarwcher, owner of Gourmet Donut shops
    Address unknown

    Subject: If in fact defendants allege he is a witness for the proposition that he thought Labadie did not have the capital to enter into the venture prior to the robbery – what is the source of that information and the basis of that opinion.

26. Judith Paladino, owner of check cashing business
    Address unknown

    Subject: information on several money order purchases made by Labadie shortly after the W-G Credit Union was robbed by an unknown robber.

27. Zamir Nestlebaum, MD.
    Newton Square Counseling Center
    338 Highland Street
    Worcester, MA 01602
    Tel. (508) 752-5880

    Subject: psychiatric evaluation of the plaintiff Susan Carcieria as an impartial physician by the Department of Industrial Accidents. He expresses an opinion as to the causal relationship between the robbery, police conduct and her emotional condition. His report show that as of December 3, 2003 she was totally disabled from gainful employment activity and that she required treatment for major depression and anxiety, post traumatic stress disorder, panic attacks and poor concentration

28. Mark O. Cutler, MD.
    Newton Square Counseling Center
    Psychotherapy Associates of Worcester
    55 Cedar Street
    Worcester, MA 01609
    Tel. (508) 757-2233

    Subject: psychiatric evaluation and treatment of the plaintiff Susan Carcieri sometime after 12/13/02 through June 18, 2003.

29. Ronnie Miller, psychologist
    18 Lyman Street Suite 240
    Westborough, MA
    Tel. (508) 898-2002

    Subject: began to see this psychologist sometime after the incident in the fall of 2002 but Dr. Miller moved out of the area and she began seeing Dr. Cutler. Upon information and belief, he saw Mrs. Carcieri weekly for about three (3) months.

30. Alan M. Jackson, M.D.
    123 Summer Street
    Worcester, MA 01608
    Tel. (508) 368-3162

    Subject: He is the primary PCP of the plaintiff Susan Carcieri at all times material to this complaint and upon information and belief, he prescribed the drug alprazolam to treat her anxiety.

B. <u>Documents in Support of Defendants Claims or defenses</u>:

1. <u>Photographs</u>:
   Plaintiffs refer the parties to selected photographs of their home taken on or about the date of the incident from which this matter arises which are attached to the complaint as Exhibit 2. Plaintiff has additional photographs taken at the same time and place, which will be produced for inspection and/or copying in discovery.

2. <u>Documents previously furnished to the parties</u>:

   Plaintiffs refer the parties to Exhibit 1 attached to the complaint, being a copies of: an application for search warrant No. 0262SW230 of property located at 521 Grafton Street, Worcester, by Police Detective Danaiel Rosario dated August 29, 2002; Search Warrant No. 0262SW230 of the same date and the return attached thereto;

   Plaintiffs refer the parties to Exhibit 3 attached to the complaint, being a copy of a letter by Jon L. Revelli, Esq., to the Worcester Police Department, Chief of Police, dated September 26, 2002 and concerning property seized at 521 Grafton Street on August 29, 2002;

   Plaintiffs refer the parties to Exhibit 4 attached to the complaint, being a copy of copy of a letter of notice and presentment on behalf of the plaintiffs of claims pursuant to M.G.L. c. 258, ss 4, arising from the subject incident.

7

<u>Documents in possession of the plaintiffs available for inspection or copying:</u>

Zamir Nestelbaum, M.D., report of his evaluation of Susan Carcieri, available to the parties for inspection or copying;

Lottery records, some bearing handwritten notations, including correspondence, statements, invoices, notices, spreadsheets, filled in ticket return forms, "All Games Invoice Detail," "Instant Game Detail," untitled papers, some of these papers including handwritten notations thereon, of Susan Carcieri, d/b/a Grafton Street Getty, and the Massachusetts Lottery Commission bearing dates of 8/8/02, 8/10/02, 8/12/02, 8/23/02, 8/24/02, 8/26/02, 8/27/02, 8/28/02, 8/31/02, 9/9/02, 9/11/02, 9/21/02, 9/25/02, 9/28/02, and 9/30/02, available to the parties for inspection or copying;

Financial records of Grafton Street Getty Gas Station including its Lottery Account, First Massachusetts Bank account No. 8240520127 and miscellaneous receipts for deposits and money orders from July, August and September of 2002, , available to the parties for inspection or copying.

C.  Computation of Damages

The following pertains to property losses only.

The replacement value of damage to the plaintiffs' home at 521 Grafton Street, Worcester, Mass., exclusive damage to or seizure of personal property and cash, was $21,188.43 as of September 4, 2002. The value is documented by a damage appraisal report of that date by Liberty Mutual Insurance Company, Mario J. Dies, Estimator, the said report being available for inspection and copying at the office of plaintiffs' counsel.

$22,000.00 in United States currency belonging to the plaintiffs and seized in their home.

Personal effects seized at the plaintiffs' home, as yet not valued, including but not limited to items listed on the return for search warrant No. 0262SW230: three rifles, HP computer with monitor and keyboard, Visioneer scanner, Cannon fax machine, and HP digital copier.

Plaintiff reserves the right to supplement as additional records or documentation, opinions become available.

D.  Insurance coverage

N/A

                                                Respectfully submitted,
                                                Plaintiffs
                                                By their attorneys

                                                _/s/ Robert A. Scott_
                                                Hector E. Pineiro BBO# 555315
                                                Stewart T. Herrick BBO# 232060
                                                Robert A. Scott BBO# 648740
                                                Law Office of Hector E. Pineiro
                                                807 Main Street
                                                Worcester, MA 01610
                                                (508) 770-0600

DATED:  September 19, 2006

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on September 19, 2006
.

                                          _/s/ Robert A. Scott_