UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                          CIVIL ACTION NO. 05-40148 FDS

| | |
|---|---|
| GEORGE  LABADIE and SUSAN | ) |
| CARCIERI, | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL ROSARIO, STANLEY | ) |
| CARPENTER, BRIAN HACKETT, | ) |
| W-G FEDERAL CREDIT UNION, | ) |
| DEBORAH BEANDO, JOHN DOE 1, | ) |
| JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, | ) |
| JOHN DOE 5, and THE CITY OF | ) |
| WORCESTER, a Municipal Corporation, | ) |
|     Defendants | ) |

## Plaintiffs' Rule 16.1(d)(3) Certificate

Plaintiffs George Labadie and Susan Carcieri hereby submit, pursuant to L.R. Rule 16.1 (d) (3), their certificate that they and his counsel have conferred:

a)      with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b)      to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4:

Respectfully submitted,

Plaintiffs:

/s/ *Susan Carcieri*, Plaintiff

*/s/ George Labadie*, Plaintiff

/s/ *Robert A. Scott*
Hector E. Pineiro, BBO # 555315
Robert A. Scott, BBO # 648740
807 Main Street
Worcester, MA 01610
Tel. (508) 770-0600

DATED:  September 20, 2006

<u>Certificate of Service</u>

     I, Robert A. Scott, certify that this document field through the ECF system on September 20, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that there are no unregistered participants.

<u>/s/ *Robert A. Scott*</u>