UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Labadie and<br>Susan Carcieri<br><br>        Plaintiffs,<br><br>v.<br><br>Daniel Rosario,<br>Stanley Carpenter,<br>Brian Hackett,<br>W-G Federal Credit Union,<br>Deborah Beando,<br>John Doe 1,<br>John Doe 2,<br>John Doe 3,<br>John Doe 4,<br>John Doe 5, and<br>The City of Worcester,<br><br>        Defendants. | Civil Action No. 05-40148 FDS |

### MOTION TO COMPEL PLAINTIFFS' ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS BY DEFENDANTS DEBORAH BEANDO AND W-G FEDERAL CREDIT UNION

Now come the defendants, Deborah Beando ("Beando") and W-G Federal Credit Union ("W-G") and hereby move this honorable Court to compel the plaintiffs, George Labadie and Susan Carcieri to provide answers to their interrogatories and responses to their requests for production of documents. In support of this motion, Beando and W-G state as follows:

1. The plaintiffs were served with interrogatories and document production requests on October 13, 2006. Service was made via first-class mail.

2. Absent agreement by the parties, or a court order, interrogatories are to be answered within thirty days of service. Fed. R. Civ. P. 33 (b)(3).

69967.1

3. Absent agreement by the parties, or a court order, written responses to requests for document production shall be provided within thirty days. Fed. R. Civ. P. 34 (b).

4. When service of documents is made by mail, an additional three days is added to the time period for compliance. Fed. R. Civ. P. 6 (e).

5. According to the above-cited Federal Rules of Civil Procedure, the interrogatory answers and responses to document production request were due on November 15, 2006.

6. On November 27, 2006, with no discovery responses having been provided, and having received no communication from plaintiff's counsel regarding same, counsel for Beando and W-G contacted plaintiffs' counsel to discuss the outstanding discovery responses.

7. Counsel for Beando and W-G did not grant plaintiffs' counsel a specific extension for the discovery responses, but rather reminded him of the scheduling conference to take place on November 29, 2006.

8. Plaintiffs' counsel indicated in that phone conversation that he would provide answers to the interrogatories by November 28, 2006.

9. On November 28, 2006, a representative from the office of plaintiffs' counsel contacted counsel for Beando and W-G and stated that the interrogatory answers would not be ready until the morning of November 29, 2006.

10. On the morning of November 29, 2006, counsel for the plaintiffs contacted counsel for Beando and W-G and stated that he would not be providing answers to interrogatories or document production responses prior to the scheduling conference.

11. This Court scheduled the upcoming conference to discuss the progress of discovery and address the issues raised by plaintiffs' counsel in the initial scheduling conference.

12. Without the benefit of plaintiffs' answers to interrogatories, it will be nearly impossible for the Court and the parties to evaluate the issues raised by the plaintiffs' attorney in the initial scheduling conference.

WHEREFORE, Beando and W-G respectfully request that this Honorable Court compel the plaintiffs to provide answers to interrogatories and responses to their requests for document production.

Dated: November 29, 2006

Respectfully submitted,

Deborah Beando
W-G Federal Credit Union
By their attorneys,

/s/ William Bogaert
William T. Bogaert, BBO #546321
Julia E. Bell, BBO #661185
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street,
Boston, Massachusetts 02215
617-422-5300

Certificate Of Service

I, William T. Bogaert, , hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

/s/ William Bogaert
WILLIAM T. BOGAERT