UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Labadie and<br>Susan Carcieri<br><br>     Plaintiffs,<br><br>v.<br><br>Daniel Rosario,<br>Stanley Carpenter,<br>Brian Hackett,<br>W-G Federal Credit Union,<br>Deborah Beando,<br>John Doe 1,<br>John Doe 2,<br>John Doe 3,<br>John Doe 4,<br>John Doe 5, and<br>The City of Worcester,<br><br>     Defendants. | Civil Action No. 05-40148 FDS |

## **DEFENDANTS W-G FEDERAL CREDIT UNION AND DEBORAH BEANDO'S RENEWED MOTION TO DISMISS**

NOW COME defendants W-G Federal Credit Union ("W-G") and Deborah Beando ("Beando") and move that this Court dismiss Count V of the plaintiff's complaint against them for the following reasons:

Count V states a violation of federal and state civil rights laws. It fails to state a claim upon which relief can be granted, as required by Fed. R. Civ. P. 12(b)(6), because the plaintiff, Carcieri, does not adequately allege that a right protected by the Constitution of the United States or the laws of the Commonwealth has been violated. Even if the complaint could be read to assert that such a civil right was violated, it does not allege the

70170.1

material elements of conspiracy to do so under 42 U.S.C. § 1983. In addition, the plaintiff fails to allege facts sufficient to support coercive, threatening or intimidating conduct on the part of W-G and Beando in violation of her civil rights as required by Mass. Gen. Laws ch. 12 §§ 11H, 11*I*.

In support of their Motion, W-G and Beando rely upon the accompanying Memorandum of Law.

WHEREFORE, defendants W-G and Beando respectfully request that this Court grant their motion to dismiss.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the defendants request that oral argument be permitted.

Dated: December 15, 2006

Respectfully submitted,
W-G Federal Credit Union and
Deborah Beando, defendants,
By their attorneys,

/s/ William T. Bogaert
William T. Bogaert, BBO #546321
Julia Bell Andrus, BBO #661185
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

70170.1

Certificate Of Service

    I, Julia Bell Andrus, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

                                      /s/ Julia Bell Andrus
                                      JULIA BELL ANDRUS

3

70170.1