UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                         CIVIL ACTION NO. 05-40148 FDS

_____
GEORGE  LABADIE and SUSAN              )
CARCIERI,                              )
        Plaintiffs                     )
                                       )
v.                                     )
                                       )
DANIEL ROSARIO, STANLEY                )
CARPENTER, BRIAN HACKETT,              )
W-G FEDERAL CREDIT UNION,              )
DEBORAH BEANDO, JOHN DOE 1,            )
JOHN DOE 2, JOHN DOE 3, JOHN DOE 4,    )
JOHN DOE 5, and THE CITY OF            )
WORCESTER, a Municipal Corporation,    )
        Defendants                     )
_____)

Now come the plaintiffs, and they submit their answer to the counterclaim of the

defendant W-G Federal Credit Union as follows:

PARTIES

1.    Admitted.

2.    Admitted.

3.    Admitted

JURISDICTION

4.    Admitted.

ALLEGATIONS OF FACT

5.    Denied.

6.    Admitted.

7.    Denied.

8.    Denied.

9.    Denied.

1

10.    Denied.

11.    Denied.

12.    The plaintiffs do not have information sufficient to admit or deny the allegation

stated in paragraph 12 of the counterclaim.

13.    Denied.

14.    Denied.

15.    Denied.

16.    Denied.

17.    Denied.

18.    Denied.

## COUNT ONE CONVERSION

19.    Plaintiffs repeat and incorporate their answers to paragraphs 1 through 18 of the

counterclaim.

20.    Admitted, but denying that Labadie or Carcieri took any of the funds stolen.

21.    Denied.

22.    Denied.

WHEREFORE, the plaintiffs pray the Court find them not to be liable in any

amount to W-G Federal Credity Union.

## AFFIRMATIVE DEFENSE

A party or parties other than the plaintiffs and unknown to the plaintiffs took the

W-G Federal Credit Union funds and acting wholly independently of the plaintiffs

and with no participation or collusion by the plaintiffs.

<u>JURY DEMAND</u>

Plaintiffs request a jury trial as to all issues.

Respectfully submitted,

Plaintiffs:

/s/ *Susan Carcieri*, Plaintiff

*/s/ George Labadie*, Plaintiff

/s/ *Robert A. Scott*
Hector E. Pineiro, BBO # 555315
Robert A. Scott, BBO # 648740
807 Main Street
Worcester, MA 01610
Tel. (508) 770-0600

DATED:  January 9, 2007

<u>Certificate of Service</u>

I, Robert A. Scott, certify that this document filed through the ECF system on January 9, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that there are no unregistered participants.

/s/ *Robert A. Scott*