UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                                                          CIVIL ACTION NO. 05-40148 FDS

| | |
|---|---|
| GEORGE LABADIE and SUSAN CARCIERI,<br>    Plaintiffs<br><br>v.<br><br>DANIEL ROSARIO, STANLEY CARPENTER, BRIAN HACKETT, W-G FEDERAL CREDIT UNION, DEBORAH BEANDO, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and THE CITY OF WORCESTER, a Municipal Corporation,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Now come the plaintiffs, and they submit their answer to the counterclaim of the defendant W-G Federal Credit Union as follows:

## PARTIES

1. Admitted.

2. Admitted.

3. Admitted

## JURISDICTION

4. Admitted.

## ALLEGATIONS OF FACT

5. Denied.

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

1

10. Denied.

11. Denied.

12. The plaintiffs do not have information sufficient to admit or deny the allegation stated in paragraph 12 of the counterclaim.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

## COUNT ONE CONVERSION

19. Plaintiffs repeat and incorporate their answers to paragraphs 1 through 18 of the counterclaim.

20. Admitted, but denying that Labadie or Carcieri took any of the funds stolen.

21. Denied.

22. Denied.

WHEREFORE, the plaintiffs pray the Court find them not to be liable in any amount to W-G Federal Credity Union.

## AFFIRMATIVE DEFENSE

A party or parties other than the plaintiffs and unknown to the plaintiffs took the W-G Federal Credit Union funds and acting wholly independently of the plaintiffs and with no participation or collusion by the plaintiffs.

JURY DEMAND

Plaintiffs request a jury trial as to all issues.

                Respectfully submitted,

                Plaintiffs:

                /s/ *Susan Carcieri*, Plaintiff

                */s/ George Labadie*, Plaintiff

                /s/ *Robert A. Scott*
                Hector E. Pineiro, BBO # 555315
                Robert A. Scott, BBO # 648740
                807 Main Street
                Worcester, MA 01610
                Tel. (508) 770-0600

DATED: January 9, 2007

Certificate of Service

I, Robert A. Scott, certify that this document filed through the ECF system on January 9, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that there are no unregistered participants.

                /s/ *Robert A. Scott*