UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                                        CIVIL ACTION NO. 05-40148 FDS

| | |
|---|---|
| GEORGE  LABADIE and SUSAN CARCIERI, <br>     Plaintiffs | ) <br> ) <br> ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL ROSARIO, STANLEY CARPENTER, BRIAN HACKETT, W-G FEDERAL CREDIT UNION, DEBORAH BEANDO, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and THE CITY OF WORCESTER, a Municipal Corporation, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' REPORT ON STATUS OF PARALELL CRIMINAL PROCEEDINGS

Now come the plaintiffs, George Labadie and Susan Carcieri, to report to this Honorable Court regarding the status of criminal charges against them arising from incidents related to the subject matter of the instant suit, and by their counsel they state as follows:

Each of the plaintiffs stands charged with conversion in connection with cash taken from the W-G Federal Credit Union on or about August 27, 2002.  The cases are pending in Worcester Superior Court.   The indictments date from December 5, 2006.  Previously indictments similar in nature were lodged against each of the plaintiffs in September, 2005, and were dismissed at the request of the Commonwealth in December, 2006.

The criminal cases were last before the Superior Court for status conference and discovery matters on February 23, 2007.  Further status review is scheduled for March 28, 2007.  A trial date has not yet been set and defense counsel do not have an estimate at this time as to when trial may take place.

The foregoing information is based on review of the criminal case files in Superior Court and contact with defense counsel by the undersigned counsel for the plaintiffs.

Respectfully submitted,

Plaintiffs
By their attorneys

/S/ *Robert A. Scott*
Hector E. Pineiro BBO# 555315
Stewart T. Herrick BBO# 232060
Robert A. Scott BBO# 648740
Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA 01610
(508) 770-0600

DATED:  February 27, 2007

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on February 27, 2007.

/S/ *Robert A. Scott*