UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                                                          CIVIL ACTION NO. 05-40148 FDS

| | |
|---|---|
| GEORGE LABADIE and SUSAN CARCIERI,<br>       Plaintiffs<br><br>v.<br><br>DANIEL ROSARIO, STANLEY CARPENTER, BRIAN HACKETT, W-G FEDERAL CREDIT UNION, DEBORAH BEANDO, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and THE CITY OF WORCESTER, a Municipal Corporation,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' REPORT ON STATUS OF PARALELL CRIMINAL PROCEEDINGS**

Now come the plaintiffs, George Labadie and Susan Carcieri, to report to this Honorable Court regarding the status of criminal charges against them arising from incidents related to the subject matter of the instant suit, and by their counsel they state as follows:

A status review conference in the criminal cases was scheduled for March 28, 2007. However, on that date by consent of the parties the court rescheduled status review for April 25, 2007. No other action was taken.

The foregoing information is based on review of the dockets in the criminal cases by the undersigned counsel for the plaintiffs.

1

Respectfully submitted,


Plaintiffs
By their attorneys


/S/ *Robert A. Scott*
Hector E. Pineiro BBO# 555315
Robert A. Scott BBO# 648740
Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA 01610
(508) 770-0600

DATED: April 2, 2007


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on April 2, 2007.

/S/ *Robert A. Scott*