UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                                             CIVIL ACTION NO. 05-40148 FDS

_____
GEORGE LABADIE and SUSAN            )
CARCIERI,                           )
    Plaintiffs                      )
                                    )
v.                                  )
                                    )
DANIEL ROSARIO, STANLEY             )
CARPENTER, BRIAN HACKETT,           )
W-G FEDERAL CREDIT UNION,           )
DEBORAH BEANDO, JOHN DOE 1,         )
JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, )
JOHN DOE 5, and THE CITY OF         )
WORCESTER, a Municipal Corporation, )
    Defendants                      )

## PLAINTIFFS' SUPPLEMENTARY REPORT ON STATUS OF PARALLEL CRIMINAL PROCEEDINGS

Now come the plaintiffs, George Labadie and Susan Carcieri, to report to this Honorable Court regarding additional information they have obtained concerning the status of criminal charges against them arising from incidents related to the subject matter of the instant suit, and by their counsel they state as follows:

After filing Plaintiff's Report on Status of Parallel Criminal Proceedings on this date plaintiffs' undersigned counsel in the instant matter obtained additional information from defense counsel in the criminal matters pending in Worcester Superior Court. Plaintiffs are advised that **at the status review conference scheduled for April 25, 2007, the court plans to set a date to hear motions to suppress and on other matters. No trial date will be set** until after disposition of these motions. Depending on the nature of the dispositions additional motions may be forthcoming that would also have to be resolved before a date for trial is set.

        Respectfully submitted,

        Plaintiffs
        By their attorneys

        /S/ *Robert A. Scott*_____
        Hector E. Pineiro BBO# 555315
        Robert A. Scott BBO# 648740
        Law Office of Hector E. Pineiro
        807 Main Street
        Worcester, MA 01610
        (508) 770-0600

DATED: April 2, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on April 2, 2007.

        /S/ *Robert A. Scott*_____