UNITED STATES DISTRICT COURT OF MASSACHUSETTS

WORCESTER, ss.                                                        CIVIL ACTION NO. 05-40148 FDS

_____
GEORGE LABADIE and SUSAN            )
CARCIERI,                                                  )
    Plaintiffs                                              )
                                                                   )
v.                                                                )
                                                                   )
DANIEL ROSARIO, STANLEY            )
CARPENTER, BRIAN HACKETT,      )
W-G FEDERAL CREDIT UNION,      )
DEBORAH BEANDO, JOHN DOE 1,  )
JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, )
JOHN DOE 5, and THE CITY OF         )
WORCESTER, a Municipal Corporation, )
    Defendants                                          )

**<u>PLAINTIFFS' REPORT ON STATUS OF PARALLEL CRIMINAL PROCEEDINGS</u>**

      Now come the plaintiffs, George Labadie and Susan Carcieri, to report to this Honorable Court the status of criminal charges against them arising from incidents related to the subject matter of the instant suit, and by their counsel they state as follows:

      At a status review hearing of April 25, 2007, the Worcester Superior Court assigned a hearing date of June 14, 2007, for dispositive and evidentiary motions.  In that regard the parties are to file pleadings by June 1, 2007.  The undersigned counsel understands that upon disposition of the motions, unless the cases are dismissed the next order of business will be a hearing for assignment of trial date.

      The foregoing information is based on review of the dockets in the criminal cases by the undersigned counsel.

        Respectfully submitted,

        Plaintiffs
        By their attorneys

        /S/ *Robert A. Scott*_____
        Hector E. Pineiro BBO# 555315
        Robert A. Scott BBO# 648740
        Law Office of Hector E. Pineiro
        807 Main Street
        Worcester, MA 01610
        (508) 770-0600

DATED: May 2, 2007

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on May 2, 2007.

        /S/ *Robert A. Scott*_____

2