UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Labadie and<br>Susan Carcieri<br><br>        Plaintiffs,<br><br>v.<br><br>Daniel Rosario,<br>Stanley Carpenter,<br>Brian Hackett,<br>W-G Federal Credit Union,<br>Deborah Beando,<br>John Doe 1,<br>John Doe 2,<br>John Doe 3,<br>John Doe 4,<br>John Doe 5, and<br>The City of Worcester,<br><br>        Defendants. | Civil Action No. 05-40148 FDS |

**DEFENDANTS W-G FEDERAL CREDIT UNION AND DEBORAH BEANDO'S MOTION TO COMPEL PLAINTIFFS TO SUBMIT TO DEPOSITIONS AND ANSWER INTERROGATORIES OR IN THE ALTERNATIVE MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND ALLOW AN ADVERSE INFERENCE AGAINST THE PLAINTIFFS IN W-G'S COUNTERCLAIM**

Now come the defendants, W-G Federal Credit Union ("W-G") and Deborah Beando ("Beando") and hereby move this Court to order the plaintiffs, George Labadie ("Labadie") and Susan Carcieri ("Carcieri") to submit to depositions and respond to interrogatories directed to them, or in the alternative dismiss this case.

This lawsuit arises from the robbery of W-G on August 27, 2002. In the course of the investigation of that robbery, Carcier was interviewed by several Worcester police officers in an

80370.1

office at W-G. As a result of this, and other events relating to the investigation of the robbery, Labadie and Carcieri brought suit against W-G, Beando for conspiracy to violate their civil rights in violation of 42 U.S.C. § 1983 and the Massachusetts Civil Rights Act, Mass. Gen. Laws ch. 12 §§ 11H, 11*I*. W-G filed a counterclaim for conversion against the plaintiffs, on the theory that the plaintiffs were in fact responsible for the theft, and have wrongfully converted W-G's funds.

Since filing their complaint, the plaintiffs have been charged with the robbery of the credit union and are currently awaiting trial. Because this trial is pending, the plaintiffs have refused to answer interrogatories relating to their activities on the date of the robbery, on the grounds of their Fifth Amendment privilege against self-incrimination.

The defendants are entitled to inquire into the plaintiffs' activities on the day of and subsequent to the robbery, because the plaintiffs' claims put these events at the heart of this case. The plaintiffs initiated this action against the defendants and cannot assert the Fifth Amendment to block the defendants' efforts to investigate the plaintiffs' claims. See Serafino v. Hasbro, Inc., 82 F.3d 515, 518 (1st Cir. 1996). In addition, in support of its counterclaim, W-G is entitled to inquire into the plaintiffs' role in the theft of the funds from the bank.

For this reason, W-G and Beando move this Court to order the plaintiffs to answer interrogatories and submit to depositions or in the alternative to dismiss the plaintiffs' complaint, and allow an adverse inference to be drawn against the plaintiffs in W-G's counterclaim.

In support of this motion, W-G and Beando submit the accompanying memorandum of law, which is incorporated herein by reference.

Dated: May 25, 2007                                Respectfully submitted,
                                                   W-G Federal Credit Union and Deborah
                                                   Beando, defendants,
                                                   By their attorneys,

2

80370.1

        /s/ William T. Bogaert
William T. Bogaert, BBO #546321
Julia Bell Andrus, BBO #661185
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300


LOCAL RULE 7.1(a)(2) CERTIFICATION

     I, William T. Bogaert, certify that I conferred with counsel for the plaintiffs, Robert Scott of the Law Offices of Hector Pineiro, in good faith, to try to resolve the issues presented herein prior to filing this motion.

        /s/ William T. Bogaert
William T. Bogaert


CERTIFICATE OF SERVICE

     I, William T. Bogaert, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

        /s/ William T. Bogaert
William T. Bogaert

3

80370.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

George Labadie and
Susan Carcieri

        Plaintiffs,

v.

Daniel Rosario,
Stanley Carpenter,
Brian Hackett,
W-G Federal Credit Union,
Deborah Beando,
John Doe 1,
John Doe 2,
John Doe 3,
John Doe 4,
John Doe 5, and
The City of Worcester,

        Defendants.

Civil Action No. 05-40148 FDS

## SUSAN CARCIERI'S ANSWERS TO DEFENDANTS W-G FEDERAL CREDIT UNION AND DEBORAH BEANDO'S FIRST SET OF INTERROGATORIES

### INTERROGATORY NO. 1:

Please identify yourself fully, giving your full name, social security number and address.

ANSWER:
    Name: Susan M. Carcieri; DOB: 5/18/51
    Home address: 521 Grafton Street, Worcester, MA
    Social Security #: 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

### INTERROGATORY NO. 2:

Please state your current employer, how long you have been at this position, and your salary.

ANSWER:
    None.

**INTERROGATORY NO. 3:**

Please describe in full and complete detail your activities and whereabouts from 12:00 a.m. until 10:00 p.m. on August 27, 2002, identifying in your answer the name and address of each person who was in your presence during that time period on that day.

RESPONSE:
Objection: the responding party, on the advice of her attorney in a criminal case, declines to respond at this time based on her 5th amendment privilege. She reserves the right to supplement this response.

**INTERROGATORY NO. 4:**

Please state in full and complete detail all facts upon which you rely in support of your claim of conspiracy to violate your civil rights in Count V of the Complaint.

RESPONSE:
Objection: Requires legal analysis and judgment. Also, the responding party, on the advice of her attorney in a criminal case, declines to respond at this time based on her 5th amendment privilege. She reserves the right to supplement this response.

**INTERROGATORY NO. 5:**

Please describe each and every conversation or communication you had with members or officers of the Worcester Police Department on August 28, 2002. For each conversation or communication:

- identify the members or officers of the Worcester Police Department with whom you had the conversation or communication;
- state where each conversation occurred, or if it was over the phone where you were located at the time;
- describe in detail the substance of each conversation;
- and state who was present for each conversation or received each communication.

RESPONSE:
Objection: The responding party, on the advice of her attorney in a criminal case, declines to respond at this time based on her 5th amendment privilege. She reserves the right to supplement this response.

**INTERROGATORY NO. 6:**

Please describe each and every conversation or communication you had with employees of W-G Federal Credit Union, including Deborah Beando, on August 28, 2002. For each conversation or communication:

- identify the employee of W-G Federal Credit Union with whom you had the conversation or communication;
- state where each conversation occurred, or if it was over the phone where you were located at the time;
- describe in detail the substance of each conversation;
- and state who was present for each conversation or received each communication.

RESPONSE:
Objection: Requires legal analysis and judgment. Also, the responding party, on the advice of her attorney in a criminal case, declines to respond at this time based on her 5th amendment privilege. She reserves the right to supplement this response.

### INTERROGATORY NO. 7:

Please state the names, addresses and present operating condition of any businesses you or your husband own or operate or have owned or operated within the past five years. Please also state when you or your husband became the owner or operator of this business.

ANSWER:
Grafton Street Getty and mart, 527 Grafton – terminated early 2003. Started in late 2000.
Gormet donuts, 527 Grafton Started 2002; Shut down 2003.

### INTERROGATORY NO. 8:

Please identify any employees who work or have worked for any of the businesses identified in your answer to Interrogatory No. 7 within the past five years. For each such employee, please state:
- his or her name;
- the name of the business at which he or she was employed;
- the duration of the employment;
- the employee's job description for the duration of the employment;
- the reason the employment ended; and
- the last known address of each employee.

ANSWER:
None.

### INTERROGATORY NO. 9:

Please describe any debts owed by you personally, your husband or any of the businesses identified in your answer to Interrogatory No. 7, which have been paid, in full or in part, within the past five years. For each such debt, please state:
- the date on which it originated;
- its type (i.e. mortgage, credit card debt, small business loan, etc.);
- its amount;

- the date on which it was discharged; and
- what funds were used to discharge it.

ANSWER:
The interrogatory is overly burdensome, overly broad and not reasonably calculated to lead to discovery of admissible evidence.

**INTERROGATORY NO. 10:**

Please state the names, addresses of each doctor, hospital, psychiatrist, social worker, neuropsychologist, therapist, psychologist and other medical personnel whom you have consulted from January 1, 2001 to the present time.

ANSWER:
Newton Square Counseling Center, Zanir Nestlebaum, M.D., 338 Highland Street, Worcester, MA;
Michael Rater, MD, McLean Hospital, 115 Mill Street, Belmont, MA;
Ronnie Miller, Ph.D., 18 Lyman Street, Suite 240, Westborough, MA
Mark O. Cutler, M.D. Psychotherapy Associates of Worcester, 55 Cedar Street, Worcester, MA

**INTERROGATORY NO. 11:**

Please state the names, addresses of each doctor, hospital, pscyhiatrist, social worker, neuropsychologist, therapy, psychologist and other medical personnel who have examined and/or treated you from January 1, 2001 to the present time.

ANSWER:
Please see previous answer.

**INTERROGATORY NO. 12:**

Please state with specificity all facts upon which you rely in making your claim that you suffered post-traumatic stress disorder as a result or arising out of the incident of August 27, 2002.

ANSWER:
Objection: the responding party, on the advice of her attorney in a criminal case, declines to respond at this time based on her 5th amendment privilege. She reserves the right to supplement this response.

**INTERROGATORY NO. 13:**

Please state with specificity all facts upon which you rely in making your claim that you suffered emotional distress as a result of or arising from the incident of August 27, 2002.

ANSWER:
Objection: the responding party, on the advice of her attorney in a criminal case, declines to respond at this time based on her 5th amendment privilege. She reserves the right to supplement this response.

**INTERROGATORY NO. 14:**

With respect to each person whom you expect to call as an expert witness at the time of trial of this case, please state:

    a.    The name and address of each such person;

    b.    The subject matter on which each such expert is expected to testify;

    c.    The substance of the facts and opinions to which each such expert is expected to testify;

    d.    A summary of the grounds of each and every opinion of each such expert.

ANSWER:
    No expert retained at this time.

**INTERROGATORY NO. 15:**

Please describe in full detail and itemize all injuries or damages that you claim to have suffered as a result of actions by the W-G Federal Credit Union or Beando. Include in your response the basis of any claim for expectancy, compensatory, incidental and consequential damages.

ANSWER:
    Please see Exhibit 18 to City of Worcester. Plaintiff reserves the right to supplement.

As to objections:

_____
Robert A. Scott

     Sworn and subscribed to under the pains and penalties of perjury this 20th day of December, 2006.

                                        _____
                                        Susan Carcieri

                                        Respectfully submitted,
                                        Susan Carcieri, plaintiff
                                        by her attorneys,

                                        _____
                                        Héctor E. Piñeiro BBO # 555315
                                        Robert A. Scott BBO # 648740
                                        807 Main Street, 2nd Floor
                                        Worcester, MA 01610
                                        (508) 770-0600

DATED: December 20, 2006