## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Labadie and<br>Susan Carcieri<br><br>      Plaintiffs,<br><br>v.<br><br>Daniel Rosario,<br>Stanley Carpenter,<br>Brian Hackett,<br>W-G Federal Credit Union,<br>Deborah Beando,<br>John Doe 1,<br>John Doe 2,<br>John Doe 3,<br>John Doe 4,<br>John Doe 5, and<br>The City of Worcester,<br><br>      Defendants. | Civil Action No. 05-40148 FDS |

### NOTICE OF CHANGE OF ADDRESS

  Please note that as of September 1, 2007 counsel for defendants, W-G Federal Credit Union and Deborah Beando in the above-referenced action, will be relocating to the following address:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

90072.1

| | |
|---|---|
| Dated: August 28, 2007 | Respectfully submitted,<br>W-G Federal Credit Union and Deborah Beando, defendants,<br>By their attorneys,<br><br>/s/ William T. Bogaert<br>William T. Bogaert, BBO #546321<br>Julia Bell Andrus, BBO #661185<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER  LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

## CERTIFICATE OF SERVICE

I, Julia Bell Andrus, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

/s/ Julia Bell Andrus
Julia Bell Andrus

90072.1