UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
GEORGE LABADIE and SUSAN        )
CARCIERI,                       )
         Plaintiffs             )
                                )
v.                              )
                                )
DANIEL ROSARIO, STANLEY         )
CARPENTER, BRIAN HACKETT,       )   NO. 05-40148FDS
W-G FEDERAL CREDIT UNION,       )
DEBORAH BEANDO, JOHN DOE 1,     )
JOHN DOE 2, JOHN DOE 3, JOHN    )
DOE 4, JOHN DOE 5, and THE      )
CITY OF WORCESTER,              )
A Municipal Corporation,        )
         Defendants             )
```

## RULE 16.1(D)(3) CERTIFICATE

Defendant Daniel Rosario hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.


Daniel Rosario

By his attorney,

_____        _____
Janet J. McGuiggan (BBO#630013)        Daniel Rosario
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161