UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LABADIE and SUSAN CARCIERI, )
      Plaintiffs )
       )
v. )
       )
DANIEL ROSARIO, STANLEY CARPENTER, BRIAN HACKETT, W-G FEDERAL CREDIT UNION, DEBORAH BEANDO, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and THE CITY OF WORCESTER, A Municipal Corporation, )   NO. 05-40148FDS
      Defendants )

### RULE 16.1(D)(3) CERTIFICATE

Defendant Brian Hackett hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Brian Hackett

By his attorney,

_____    _____
Janet J. McGuiggan (BBO#630013)    Brian Hackett
Assistant City Solicitor
City Hall – Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161