```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


GEORGE LABADIE and SUSAN        )
CARCIERI,                       )
        Plaintiffs              )
                                )
v.                              )
                                )
DANIEL ROSARIO, STANLEY         )
CARPENTER, BRIAN HACKETT,       )      NO. 05-40148FDS
W-G FEDERAL CREDIT UNION,       )
DEBORAH BEANDO, JOHN DOE I,     )
JOHN DOE 2, JOHN DOE 3, JOHN    )
DOE 4, JOHN DOE 5, and THE      )
CITY OF WORCESTER,              )
A Municipal Corporation,        )
        Defendants              )
```

## RULE 16.1(D)(3) CERTIFICATE

Defendant City of Worcester, by and through Michael V. O'Brien, as City Manager, hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

City of Worcester,
By and through
Michael V. O'Brien, as
City Manager

By its attorney,

_____
Janet J. McGuiggan (BBO#630013)
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

_____
Michael V. O'Brien
City Manager
City of Worcester