## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Labadie and<br>Susan Carcieri<br><br>       Plaintiffs,<br><br>v.<br><br>Daniel Rosario,<br>Stanley Carpenter,<br>Brian Hackett,<br>W-G Federal Credit Union,<br>Deborah Beando,<br>John Doe 1,<br>John Doe 2,<br>John Doe 3,<br>John Doe 4,<br>John Doe 5, and<br>The City of Worcester,<br><br>       Defendants. | Civil Action No. 05-40148 FDS |

## NOTICE OF WITHDRAWAL

Kindly withdraw the appearance of Julia Bell Andrus as counsel on behalf of the

defendants Deborah Beando and W-G Federal Credit Union in the above matter.  William T.

Bogaert will remain as attorney of record for these defendants.


Dated: July 30, 2008

Respectfully submitted,

/s/ Julia Bell Andrus

Julia Bell Andrus, BBO #661185
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300

126586.1

Certificate Of Service

I, Julia Bell Andrus, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

/s/ Julia Bell Andrus
JULIA BELL ANDRUS

126586.1